AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia  ▾

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| JAMES B. COMEY JR. | )    Case No.  1:25cr272 |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  600 |
|---|---|
| | Date and Time:  10/09/2025 at 10:00am |

This offense is briefly described as follows:

18 United States Code Section 1001(a)(2)
(False Statement)
18 United States Code Section 1505
(Obstruction)

Date:        09/25/2025

*Issuing officer's signature*

J. Lanham, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:     9/25/2025

*Server's signature*

Aldrit Konda - FBI Special Agent
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 1:25cr272

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:

Last known residence:

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

---

### PROOF OF SERVICE

This summons was received by me on *(date)*    9/25/2025    .

☐ I personally served the summons on this defendant                                          at
*(place)*                                          on *(date)*                   ; or

☐ On *(date)*                        I left the summons at the individual's residence or usual place of abode
with *(name)*                                          , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)*    Patrick Fitzgerald    ,
who is authorized to receive service of process on behalf of *(name of organization)*    James B. Comey Jr
on *(date)*    09/25/2025    and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because:                                          .

I declare under penalty of perjury that this information is true.

Date returned:    9/25/2025

*Server's signature*

Aldrit Konda - FBI Special Agent
*Printed name and title*

Remarks: