IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 1:25CR272, Case Name United States v. James Comey
Party Represented by Applicant: James Comey

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Patrick Joseph Fitzgerald
Bar Identification Number P86579    State Michigan
Firm Name Patrick Fitzgerald (solo practitioner)
Firm Phone # (312) 758-4454    Direct Dial # (312) 758-44544    FAX # (833) 968-2424
E-Mail Address patrickjfitzgeraldlawoffice@gmail.com
Office Mailing Address P.O. Box 277, New Buffalo, MI 49117

Name(s) of federal district court(s) in which I have been admitted SDNY, EDNY, NDIL, SDIL, WDMI, EDWI, NDInd

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia. *

*[Note: The Western District of Michigan disfavors, but allows, *pro hac vice* applications temporarily while full admission is pending, or in unusual circumstances. Full admission to the WDMI bar is available to those admitted to a court of record of Virginia or any other state.]

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) _____    (Date) 9/25/2025
Jessica Carmichael
(Typed or Printed Name)    78339
(VA Bar Number)

Court Use Only:
Clerk's Fee Paid ☑ or Exemption Granted ☐

The motion for admission is GRANTED ☑ or DENIED ☐

/s/
Michael S. Nachmanoff
United States District Judge
(Judge's Signature)    9/29/25
(Date)