Judge: **Michael S. Nachmanoff**

Date: 10/8/2025  
Time: 9:56 A.M. to 10:23 A.M.

Reporter: Diane Salters  
Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
  Vs.

| | |
|---|---|
| **JAMES B. COMEY, JR.** | **1:25-CR-272** |
| Defendant's Name | Case Number |
| Patrick Fitzgerald and Jessica Carmichael | Lindsey Halligan, Gabriel Diaz, and Nathaniel Tyler Lemons |
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions  ( ) Setting Trial Date  ( ) Change of Plea Hrg.  ( ) Rule 35
(✓) Arraignment  ( ) Appeal from USMC  ( ) Sentencing  ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.  ( ) Pre-Indictment Plea  ( ) Other:

Defendant appeared:  (✓) in person  ( ) failed to appear
  (✓) with Counsel  ( ) without counsel  ( ) through counsel

Filed in open court:
( ) Criminal Information  ( ) Plea Agreement  ( ) Statement of Facts  ( ) Waiver of Indictment  ( ) Discovery Order

**ARRAIGNMENT AND PLEA**:

(✓) WFA   ( ) FA   ( ) PG   (✓) PNG   Trial by Jury:  (✓) Demanded   ( ) Waived

**PROCEEDING**

- Parties' request to waive right to speedy trial as articulated in open court- GRANTED.
- Parties directed to confer with regard to a discovery order by 10/10/2025.
- Parties directed to submit proposed discovery orders and supporting briefs, if necessary, as articulated in open court by COB on 10/13/2025.
- Parties directed to immediately confer with regard to providing defense counsel with access to classified information and submit a proposed CIPA briefing schedule by COB on 10/13/2025.
- Court advised counsel of process to appoint out-of-district judge to resolve defense motion for disqualification of Lindsey Halligan.
- DPPA advisement given in open court.
- Court adopts Pretrial Services Report.
- Defendant entered on PR bond.

| **MOTIONS SCHEDULE 1** | **MOTIONS SCHEDULE 2** |
|---|---|
| Motions due on 10/20/2025. | Motions due on 10/30/2025. |
| Responses due on 11/3/2025. | Responses due on 11/13/2025. |
| Replies due on 11/10/2025. | Replies due on 11/20/2025. |
| Oral argument on 11/19/2025 at 10:00 a.m. | Oral argument on 12/9/2025 at 10:00 a.m. |

Case set for a **Jury Trial** on **1/5/2026 at 9:00 am**