IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>        *Defendant.* | Criminal No. 1:25-cr-272-MSN |

ORDER

This matter is scheduled for a jury trial on Monday, January 5, 2025. In the interests of fairness, efficiency, and justice, the Court ORDERS as follows:

The first round of motions shall be due on Monday, October 20, 2025. The Government's response brief(s) shall be due on Monday, November 3, 2025. Defendant's reply brief(s) shall be due on Monday, November 10, 2025. The Court will hold a hearing on these motion(s) on Wednesday, November 19, 2025, at 10:00 a.m.

Any additional pre-trial motions shall be due on Thursday, October 30, 2025. The Government's response brief(s) shall be due on Thursday, November 13, 2025. Defendant's reply brief(s) shall be due on Thursday, November 20, 2025. The Court will hold a hearing on the motion(s) on Tuesday, December 9, 2025, at 10:00 a.m.

All briefing must be filed by 5:00 p.m. on the day of the briefing deadline.

The Clerk is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

                                                                                       /s/
                                                                       Michael S. Nachmanoff
                                                                       United States District Judge

October 8, 2025
Alexandria, Virginia