IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant.* | Criminal No. 1:25-cr-272-MSN |

## ORDER

The parties appeared before the Court on Wednesday, October 8, 2025, for Defendant's initial appearance and arraignment. In the interests of fairness, efficiency, and justice, and for good cause shown, it is hereby

ORDERED that the parties immediately confer regarding the entry of a joint discovery order; and it is further

ORDERED that if after good faith discussions the parties are unable to agree on and file a joint discovery order by Friday, October 10, 2025, at 5:00 p.m., the parties shall each submit a proposed discovery order by Monday, October 13, 2025, at 5:00 p.m.; and it is further

ORDERED that the parties may submit a brief in support of their respective proposed discovery orders, not to exceed a maximum of 10 pages. The parties' briefs shall be filed simultaneously with their proposed discovery orders by Monday, October 13, 2025, at 5:00 p.m.; and it is further

ORDERED that the parties immediately confer with regard to providing defense counsel with expedited access to classified information; and it is further

ORDERED that the parties are to file a joint proposed Classified Information Procedures Act ("CIPA") briefing schedule by Monday, October 13, 2025, at 5:00 p.m.

The Clerk is directed to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

October 8, 2025
Alexandria, Virginia