IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 1:25CR272 |
| | ) | |
| James Comey | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has entered the standard discovery order for this district in this case. This order dictates that "no later than 5 business days before the deadline for pretrial motions, the government shall provide to the defense or make available for inspection and copying materials listed below that are in the possession of the U.S. Attorney's Office for the Eastern District of Virginia."

The first pretrial motions deadline in this matter is October 20, 2025. This is the pretrial motions deadline to which the discovery order refers and the date that prompts the government's Rule 16(a) discovery production.

IT IS SO ORDERED.

10/10/25
Date

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge