# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMES B. COMEY, JR.** <br><br> *Defendant*. | Criminal No. 1:25-CR-272-MSN |

### Consent Motion for Scheduling Order on Classified Information Procedures Act

The United States of America, with consent of the Defendant, respectfully moves this Court pursuant to the Classified Information Procedures Act (18 U.S.C. App. III) ("CIPA"), to adopt the parties proposed CIPA briefing schedule. The proposed briefing order has been reviewed and approved by counsel for the Defendant.

Respectfully submitted,

Lindsey Halligan
United States Attorney
_____/s/_____
N. Tyler Lemons and Gabriel J. Diaz
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
tyler.lemons@usdoj.gov
gabriel.diaz@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have this 13th day of October, 2025, served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

Respectfully submitted,

_____/s/_____
N. Tyler Lemons
Assistant United States Attorney


_____/s/_____
Gabriel J. Diaz
Assistant United States Attorney