IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Case No.  1:25CR272-MSN |
| ) | |
| **James Comey** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING CLASSIFIED INFORMATION

Please take notice that the defense hereby submits the attached Memorandum of Understanding, executed by defense counsel Patrick J. Fitzgerald and Jessica N. Carmichael, regarding the handling of classified information

                                          Respectfully submitted,
                                          JAMES COMEY
                                          By Counsel

                                                /s/
                                          Patrick J. Fitzgerald
                                          Michigan Bar No. P86579 (*pro hac vice*)
                                          Jessica N. Carmichael
                                          Virginia Bar No. 78339
                                          Carmichael Ellis & Brock, PLLC
                                          108 N. Alfred Street, First Floor
                                          Alexandria, Virginia 22314
                                          (703) 684-7908
                                          Patrickjfitzgeraldlawoffice@gmail.com
                                          jessica@carmichaellegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of October I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                  _____/s/_____
                  Jessica N. Carmichael