IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-00272-MSN |
| JAMES B. COMEY, JR., | |
| *Defendant.* | |

ORDER

The parties have submitted a proposed schedule for filings and hearings pursuant to the

Classified Information Procedures Act (18 U.S.C. App. III). The schedule proposed by the parties

assumes that attorney Patrick Fitzgerald receives his security clearance, or interim clearance,

within a reasonable time, and that all the classified materials to be reviewed are made available to

the defense within a reasonable time. Having reviewed the proposed schedule, it is hereby

ORDERED that the proposed schedule is approved as follows:

11/04/25   Government to file CIPA § 4 motion, if any, to delete and/or substitute specified items of classified information.  Defendant to file CIPA § 5 Notice regarding classified information the defense reasonably intends to disclose, or cause the disclosure of, at trial.

11/11/25   Government to respond to Defendant's CIPA § 5 notice and file motion(s) pursuant to CIPA Section 6(a) regarding the use, relevance or admissibility of classified information at trial.

11/17/25   Defendant to respond to government's Section 6(a) motions and/or to reply to Government's response to Defendant's CIPA § 5 notice.

11/21/25   Hearing on CIPA § 5 Notice and CIPA § 6(a) motions, at 1:00 p.m.

12/01/25   Government to file motions under CIPA § 6(c) for substitutions or summaries.

12/08/25        Defendant to respond to Government motions under CIPA § 6(c).

12/17/25        Hearing on CIPA § 6(c) motions, at <u>1:00 p.m.</u>


As previously ordered, trial shall commence on January 5, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**


Date:   <u>October 14, 2025</u>                          <u>      /s/                                          </u>
       Alexandria, Virginia                          Michael S. Nachmanoff
                                              United States District Judge