IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Case No. 1:25CR272-MSN |
| ) | |
| **James B. Comey, Jr.** ) | |
| ) | |
| **Defendant.** ) | |

**JAMES COMEY'S MOTION TO EXCEED PAGE LIMIT**

James Comey, by counsel, moves this Honorable Court for leave to exceed, by up to fifteen pages, the 30-page limit set forth in Local Criminal Rule 47 for his forthcoming Motion to Dismiss for Vindictive and Selective Prosecution ("Motion").

The Motion raises two substantial legal arguments in one brief: one argument that this prosecution is vindictive, in violation of due process and the First Amendment; and another that this prosecution is selective, in violation of equal protection. These issues require presentation of significant facts, inspection, and analysis.

Counsel conferred with the government who takes no position on this motion.

A Proposed Order is attached.

WHEREFORE, Mr. Comey respectfully requests leave to file in excess of the page limit by up to fifteen additional pages for his Motion.

                                        Respectfully submitted,
                                        JAMES COMEY
                                        By Counsel

                                        _____/s/_____
                                        Patrick J. Fitzgerald
                                        Michigan Bar No. P86579 (*pro hac vice*)
                                        Jessica N. Carmichael
                                        Virginia Bar No. 78339
                                        Carmichael Ellis & Brock, PLLC
                                        108 N. Alfred Street, First Floor
                                        Alexandria, Virginia 22314
                                        (703) 684-7908
                                        Patrickjfitzgeraldlawoffice@gmail.com
                                        jessica@carmichaellegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                    /s/
                                    Jessica N. Carmichael