IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America**     ) | |
| ) | |
| v.        ) | Case No.  1:25CR272-MSN |
| ) | |
| **James B. Comey, Jr.**     ) | |
| ) | |
| **Defendant.**     ) | |

**ORDER ON JAMES COMEY'S MOTION TO EXCEED PAGE LIMIT**

Upon motion of James Comey, for the reasons stated in the motion, and for good cause shown, the motion to exceed the page limit for Mr. Comey's Motion to Dismiss for Vindictive and Selective Prosecution, is GRANTED.

Mr. Comey is granted up to 45 pages for this motion.

IT IS SO ORDERED.

_____                                                                 _____
Date                                                                                          Michael S. Nachmanoff
                                                                                                  United States District Judge