IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:25-cr-272-MSN |
| JAMES B. COMEY, JR., | |
| *Defendant*. | |

ORDER

This matter comes before the Court on Defendant's Motion to Exceed Page Limit. ECF 48. For good cause shown, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Defendant may exceed the standard page limit by up to fifteen (15) pages for his Motion to Dismiss for Vindictive and Selective Prosecution; it is further

ORDERED that the government may exceed the standard page limit by the same amount for its response to the defendant's Motion to Dismiss for Vindictive and Selective Prosecution.

**IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

October 17, 2025
Alexandria, Virginia