IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | Case No.  1:25CR272-MSN |
| | ) | |
| **James B. Comey, Jr.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ON SEALING

The Court has reviewed and considered James B. Comey, Jr.'s Motion to Seal the redacted portions of his Response to the Government's Motion for Expedited Ruling and accompanying Exhibit A. For the reasons stated therein, the Motion to Seal is GRANTED.

It is hereby ORDERED that the redacted portions of Mr. Comey's Response to the Government's Motion for Expedited Ruling and Exhibit A shall be sealed and remain under seal permanently absent further Order of this Court.

_____                                                                                 _____
Date                                                                                                    Michael S. Nachmanoff
                                                                                                             United States District Judge