IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# JAMES B. COMEY JR.'S MOTION TO DISMISS INDICTMENT

Exhibit B



This document is being prepared for the exclusive use of [REDACTED] at FEDERAL BUREAU OF INVESTIGATION

# Senate Committee On The Judiciary Hearing On Fbi O.., sked FINAL

May 3, 2017, 5:57 PM EDT

TRANSCRIPT

May 03, 2017

COMMITTEE HEARING

SEN. CHARLES E. GRASSLEY

CHAIRMAN

SENATE COMMITTEE ON THE JUDICIARY

WASHINGTON, D.C.

SENATE COMMITTEE ON THE JUDICIARY HEARING ON FBI OVERSIGHT

Bloomberg Government

Support: 1-877-498-3587

www.bgov.com

Copyright 2017. Provided under license from Bloomberg Government.

© 2025 BGOV LLC All Rights Reserved          Page 1 of 149

000003240

**Bloomberg GOVERNMENT**

This document is being prepared for the exclusive use of ▓▓▓▓ ▓▓▓▓ at FEDERAL BUREAU OF INVESTIGATION

All materials herein are protected by United States copyright law and/or license from Bloomberg Government, and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of Bloomberg Government. You may not alter or remove any trademark, copyright or other notice from copies of the content.

SENATE COMMITTEE ON THE JUDICIARY HEARING ON FBI OVERSIGHT

MAY 3, 2017

SPEAKERS:

SEN. CHARLES E. GRASSLEY, R-IOWA
   CHAIRMAN
SEN. ORRIN G. HATCH, R-UTAH
SEN. LINDSEY GRAHAM, R-S.C.
SEN. JOHN CORNYN, R-TEXAS
SEN. MIKE LEE, R-UTAH
SEN. TED CRUZ, R-TEXAS
SEN. JEFF FLAKE, R-ARIZ.
SEN. THOM TILLIS, R-N.C.
SEN. BEN SASSE, R-NEB.
SEN. MICHAEL D. CRAPO, R-IDAHO
SEN. JOHN KENNEDY, R-LA.

SEN. DIANNE FEINSTEIN, D-CALIF.
   RANKING MEMBER
SEN. PATRICK J. LEAHY, D-VT.
SEN. RICHARD J. DURBIN, D-ILL.
SEN. SHELDON WHITEHOUSE, D-R.I.
SEN. AMY KLOBUCHAR, D-MINN.
SEN. AL FRANKEN, D-MINN.
SEN. CHRIS COONS, D-DEL.
SEN. RICHARD BLUMENTHAL, D-CONN.

**Bloomberg GOVERNMENT**

This document is being prepared for the exclusive use of ███████ ███████ at FEDERAL BUREAU OF INVESTIGATION

SEN. MAZIE K. HIRONO, D-HAWAII

WITNESSES:
FBI DIRECTOR JAMES COMEY

GRASSLEY: I don't know whether the time is 10:30 or 10:45, but there is a vote scheduled on the Senate floor. It's my intention to keep the meeting going during that vote and we'll take turns going. So somebody needs to be here presiding while I go vote and I won't to -- I'll run over and run back and -- and we'll -- we'll do the questioning according to the fall of the gavel or -- or early birds, whichever rule applies.

Director Comey, welcome. We thank the FBI for what it does to keep America safe. There's been a lot of controversy surrounding the FBI since the last time you were here in 2015. In March, you publicly acknowledged that the FBI is investigating allegations of coordination between the Trump campaign and Russia's efforts to interfere in the 2016 election.

Under President Obama's order, former DNI Clapper had been in charge of the intelligence community's review of that inference. Mr. Clapper testified that President Obama asked the intelligence community to compile all available information. After he left office, Mr. Clapper said there was no evidence of collusion whatsoever. The New York Times reported that American officials found no proof of collusion.

So where is all this speculation about collusion coming from? In January, BuzzFeed published a dossier spinning wild conspiracy theories about the Trump campaign. BuzzFeed acknowledged that the claims were unverified and some of the details were clearly wrong. BuzzFeed has since been sued for publishing them. Since then, much of the dossier has been



This document is being prepared for the exclusive use of ████████ ██████ at FEDERAL BUREAU OF INVESTIGATION

Thank you, Mr. Chairman.

GRASSLEY: And thank you for your opening statement. I'm going to start out probably with a couple subjects you wish I didn't bring up, and then a third one that I think everybody needs to hear your opinion on a policy issue. It is frustrating when the FBI refuses to answer this committee's questions, but leaks relevant information to the media. In other words, they don't talk to us, but somebody talks to the media.

Director Comey, have you ever been an anonymous source in news reports about matters relating to the Trump investigation or the Clinton investigation?

COMEY: Never.

GRASSLEY: Question two on relatively related, have you ever authorized someone else at the FBI to be an anonymous source in news reports about the Trump investigation or the Clinton investigation?

COMEY: No.

GRASSLEY: Has any classified information relating to President Trump or his association -- associates been declassified and shared with the media?

COMEY: Not to my knowledge.

GRASSLEY: You testified before the House Intelligence Committee that a lot of classified matters have ended up in the media recently. Without getting into any particular article -- I want to emphasize that, without getting into any particular article -- is there an investigation of any leaks