IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>      *Defendant*. | Criminal No. 1:25-cr-272-MSN |

ORDER

      Pursuant to the October 21, 2025 Order of Chief Judge Albert Diaz of the United States Court of Appeals for the Fourth Circuit, attached hereto, it is hereby **ORDERED** that the motion challenging the qualification of the current Interim United States Attorney in the above-entitled action (ECF 60) is hereby transferred to the Honorable Cameron McGowan Currie, Senior United States District Judge of the District of South Carolina.

      The Clerk of Court is directed to forward a copy of this Order to counsel of record.

      **IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

October 21, 2025
Alexandria, Virginia