IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER ON SEALING**

The Court has reviewed and considered James B. Comey, Jr.'s Motion to Seal the redacted portions of his Response in Opposition to the Government's Motion for Filter Protocol and accompanying Exhibits A-E. For the reasons stated therein, the Motion to Seal is GRANTED.

It is hereby ORDERED that the redacted portions of Mr. Comey's Response in Opposition to the Government's Motion for Filter Protocol and accompanying Exhibits A-E shall be sealed and remain under seal permanently absent further Order of this Court.

_____                                             _____
Date                                                 Michael S. Nachmanoff
                                                     United States District Judge