## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES B. COMEY JR.,<br>    *Defendant.* | No. 1:25-CR-00272-MSN |

## WAIVER OF ORAL ARGUMENT

Pursuant to Local Criminal Rule 47(E) and (J), undersigned counsel submits the Motion for Leave to File *Amici Curiae* Brief of University Professors and Scholars in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution on the papers. *Amici* waive argument on the Motion. Mr. Comey consents to the waiver. The United States indicated it opposes *amici's* motion but did not specify its position with respect to the waiver.

Dated: October 27, 2025                              Respectfully submitted,

/s/ *Joshua Erlich*
Joshua Erlich (VA Bar No. 81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel: 703-791-9087
Fax: 703-722-8114
jerlich@erlichlawoffice.com

Maithreyi Ratakonda*
Christine P. Sun*
STATES UNITED DEMOCRACY CENTER
45 Main Street, Suite 320
Brooklyn, NY 11201
(202) 999-9305
mai@statesunited.org

christine@statesunited.org

Marina Eisner*
Samantha Trepel*
STATES UNITED DEMOCRACY CENTER
1101 17th St. NW, Suite 250
Washington, DC 20036
(202) 999-9305
marina@statesunited.org
sam@statesunited.org

*Counsel for Amici Curiae University Professors and Scholars*

*\*Pro Hac Vice Application Forthcoming*

## CERTIFICATE OF SERVICE

I, Joshua Erlich, hereby certify that on October 27, 2025, I electronically filed the foregoing Waiver of Oral Argument, with the Clerk of the Court for the United States District Court for the Eastern District of Virginia by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

Dated: October 27, 2025                            /s/ *Joshua Erlich*
                                                                      Joshua Erlich
                                                                      *Counsel for* Amici Curiae *University Professors and Scholars*