Generated: Oct 27, 2025 11:11AM                                                                                                    Page 1/1



# U.S. District Court

**Virginia Eastern - Alexandria**

Receipt Date: Oct 27, 2025 11:11AM

Samantha Bateman

| Rcpt. No: 100014003 | | Trans. Date: Oct 27, 2025 11:11AM | | Cashier ID: #JB (3392) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 225.00 | 225.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #342 | 10/27/2025 | | $225.00 |
| | | | Total Due Prior to Payment: | | $225.00 |
| | | | Total Tendered: | | $225.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** (3) Pro HAC Applications - Case# 1:25CR272

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

atty: James Pearce