AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

FILED

## for the

### Eastern District of Virginia

2025 OCT 28  A 8: 45

| | | |
|---|---|---|
| __UNITED STATES__ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00272 |
| __JAMES B. COMEY, Jr.__ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Amicus Project Democracy__

Date:    __10/27/2025__

__//s// Victor M. Glasberg__
*Attorney's signature*

__Victor M. Glasberg, #16184__
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

vmg@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*