AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES | ) | 2025 OCT 28  A 8: 45 |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00272 |
| JAMES B. COMEY, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Project Democracy

Date:   10/28/2025

//s// Abigail S. Grand
*Attorney's signature*

Abigail S. Grand, #100578
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

agrand@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*