FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2025 OCT 28 A 8: 46

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) |
| JAMES B. COMEY, JR., | ) Case No.: 1:25-CR-00272-MSN |
| *Defendant.* | ) ) ) ) |

**MOTION FOR LEAVE TO FILE *AMICUS CURIAE*
BRIEF OF PROTECT DEMOCRACY PROJECT IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE AND
SELECTIVE PROSECUTION**

By and through counsel, Protect Democracy Project ("Protect Democracy") respectfully moves this Court for leave to file the accompanying brief as *amicus curiae* in support of Defendant. *Amicus* sought the consent of all parties to the filing of this Motion and attached brief. Mr. Comey consents, and the United States objects.

1. In support of its request, the *amicus* states that Protect Democracy is a nationwide, nonpartisan, nonprofit organization dedicated to preventing American democracy from declining into a more authoritarian form of government; politicization of independent institutions like the Department of Justice ("DOJ") is a hallmark of authoritarianism.

2. Furthermore, since its founding in 2017, Protect Democracy has published research and analysis and engaged in legislative advocacy aimed at promoting and protecting the independence of the Department of Justice. Publications include *No "Absolute Right" to Control DOJ: Constitutional Limits on White House Interference with Law Enforcement*

*Matters* in 2018;[1] *Investigating and Prosecuting Political Leaders in a Democracy: How to Assess the Difference Between Rule of Law and Abuses of Power* in 2023;[2] and P*rotecting the Department of Justice from Political Interference after Trump v. United States* in 2024[3], among many others. Protect Democracy advocated for and endorsed[4] the bipartisan Security from Political Interference in Justice Act of 2019, and the Protecting Our Democracy Act, which included those provisions, from 2021-2023[5].

3. Protect Democracy's proposed brief intends to set out the larger pattern of prosecutions in which the DOJ has recently used its law enforcement powers to retaliate against a multitude of the President's perceived political opponents, and to situate the prosecution of Mr. Comey in that context. This pattern of irregular conduct supports Mr. Comey's assertion that "clear evidence" establishes the vindictiveness of the charges against him and counsels against any judicial deference to the Trump administration's exercise of prosecutorial discretion.

4. This Court has "broad discretion in deciding whether to allow a non-party to participate as an amicus curiae." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007). The Court should exercise its discretion to grant this motion because, as described above, *amicus* have a "special interest in the subject matter of the suit" and the contents of the proposed brief are "timely [and] useful." *Id.* (internal citations omitted).

---

[1] https://www.documentcloud.org/documents/4498818-2018-Protect-Democracy-No-Absolute-Right-to/ (March 2018)
[2] https://protectdemocracy.org/wp-content/uploads/2023/05/Investigating-and-Prosecuting-Political-Leaders-in-a-Democracy-May-2023-formatted-paper.pdf (May 2023)
[3] https://protectdemocracy.org/wp-content/uploads/2024/12/Protecting-DOJ-after-Trump-v.-US.pdf (Dec. 2024)
[4] https://protectdemocracy.org/work/protect-democracy-part-of-bipartisan-coalition-supporting-bill-to-secure-doj-from-political-interference/ (June 2019)
[5] https://protectdemocracy.org/work/protecting-our-democracy-act-2/ (Nov. 2022)

## CONCLUSION

For the foregoing reasons, amicus respectfully request that the Court accept the accompanying brief for filing.

Respectfully submitted,

Dated: October 28, 2025

/s/ Victor M. Glasberg

Kristy Parker*
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
kristy.parker@protectdemocracy.org

Rachel Goodman*
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
Fax: (202) 769-3176
rachel.goodman@protectdemocracy.org

Victor M. Glasberg, #16184
Abigail S. Grand, #100578
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
Tel: (703) 684-1100
Fax: (703) 684-1104
vmg@robinhoodesq.com
aGrand@robinhoodesq.com

*Counsel for Amicus Curiae Protect Democracy Project*

*Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

I, Victor Glasberg, hereby certify that on October 28, 2025, I hand filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Virginia. A true and correct copy of this brief has been served via electronic service on all counsel of record.

Dated: October 28, 2025

/s/ Victor M. Glasberg
Victor M. Glasberg

3