IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES B. COMEY, JR., | ) Case No.: 1:25-CR-00272-MSN |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF PROTECT DEMOCRACY PROJECT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE AND SELECTIVE PROSECUTION**

Upon consideration of the Motion for Leave to File *Amicus Curiae* Brief of Protect Democracy Project in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, and further

2. The proposed Brief of *Amicus Curiae* Protect Democracy Project is hereby deemed filed in the above-captioned action.

**SO ORDERED** this _____ day of _____, 2025.

HON. MICHAEL S. NACHMANOFF
United States District Court Judge