UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2025 OCT 28  A 9:54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>    Defendant. | Crim. No. 1:25-cr-272-MSN |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE
BRIEF BY BIPARTISAN GROUP OF CURRENT AND FORMER MEMBERS OF
CONGRESS IN SUPPORT OF DEFENDANT'S REQUEST FOR RELIEF**

1

Amici Barbara Comstock, Mickey Edwards, Wayne Gilchrest, Jim Greenwood, Stephen Lynch, Frank Pallone, Tom Petri, Christopher Shays, David Trott, Nydia Velázquez ("amici") respectfully move for leave to appear as amici curiae and to file the proposed brief, attached hereto.[1] Counsel for amici conferred with counsel for all parties regarding this motion. Defendant consents to the motion. The government opposes it.

"[A]mici often make useful contributions to litigation," *Stuart v. Huff*, 706 F.3d 345, 355 (4th Cir. 2013), and courts generally grant leave to file an amicus brief where the brief provides information that is "timely and useful." *FERC v. Powhatan Energy Fund, LLC*, No. 3:15-cv-452, 2017 WL 11682615, at *2 (E.D. Va. Mar. 15, 2017). Although district courts have "broad discretion in deciding whether to allow a non-party to participate as an *amicus curiae*," *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007), leave to file an amicus brief is generally appropriate where the brief provides "helpful analysis of the law" or where the amici "have a special interest in the subject matter of the suit." *FERC*, 2017 WL 11682615, at *1 (quoting *id.*); *see also Nat'l Shooting Sports Found., Inc. v. Brown*, No. 25-cv-1115, 2025 WL 1530050, at *1 (D. Md. May 29, 2025) (same); *Perry-Bey v. City of Norfolk, Virginia*, No. 2:08-cv-100, 2008 WL 11348007, at *3 (E.D. Va. Aug. 14, 2008) (granting NAACP leave to file amicus brief where "[t]he NAACP has provided helpful analysis of the law and has a special interest in this litigation").

Amici are a bipartisan group of current and former members of Congress who swore an oath to support the United States Constitution and who are deeply committed to preserving the Constitution's carefully calibrated separation of powers framework. Some of the amici

---

[1] No party or party's counsel authored this brief in whole or in part. No party or party's counsel contributed money intended to fund preparation or submission of this brief.

participated in the consideration and passage of the Preserving United States Attorney Independence Act of 2007 (the "Act"), codified in 18 U.S.C. § 546, which restored the 120-day limit on interim appointments of United States Attorneys now codified in § 546(c). The Act reflected Congress's considered judgment—rooted in the Constitution's separation of powers framework—that the appointment of U.S. Attorneys must be subject to meaningful checks, including the Senate's advice and consent, except in limited circumstances expressly provided by law.

Amici submit this brief to provide the Court with the legislative and constitutional context in which the relevant statutory scheme was enacted, and to underscore the structural principles at stake in the proper application of these provisions. In amici's view, the Trump Administration's appointment of Lindsey Halligan—which involved stacking numerous interim appointments under § 546 without obtaining the Senate's advice and consent—implicates the very separation of powers concerns Congress sought to address in 2007.

Amici respectfully request the Court grant them leave to file the attached proposed amicus brief. Amici waive their rights to a hearing and oral argument on the motion pursuant to Local Criminal Rule 47(E).

|  |  |
|---|---|
| | Respectfully submitted, |
| October 27, 2025 | /s/ Scott G. Brooks |

Scott G. Brooks (VSB No. 87345)
LEVY FIRESTONE MUSE LLP
900 17th Street NW, Suite 605
Washington, D.C. 20006
Telephone: (202) 845-3215
sbrooks@levyfirestone.com

Carey R. Dunne (*pro hac vice forthcoming*)
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Telephone: (646) 434-8604
carey@freeandfair.org

*Counsel for Amici Curiae*