UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>Defendant. | Crim. No. 1:25-cr-272-MSN<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court upon the motion of amici curiae Bipartisan Current and Former Members of Congress (specifically, Barbara Comstock, Mickey Edwards, Wayne Gilchrest, Jim Greenwood, Stephen Lynch, Frank Pallone, Tom Petri, Christopher Shays, David Trott, and Nydia Velázquez), through their attorneys, for entry of an Order granting leave to file an amicus curiae brief in support of Defendant's request for relief;

IT IS on this __ day of October, 2025, Ordered as follows:

1) Movants' motion is hereby GRANTED;

2) Movants' proposed amici curiae brief is deemed FILED.

SO ORDERED:

_____
Hon. Cameron McGowan Currie
U.S. District Court Judge