IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2025 OCT 28  P 12: 26

| | )  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No.: 1:25-CR-00272-MSN |
| | ) |
| JAMES B. COMEY, JR., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

**TO:** The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I, Treyvon D. Jordan, Esq., appear in this case as Counsel of Record for *Amici*.

Respectfully submitted,

Treyvon D. Jordan (VA Bar 101153)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
tjordan@beinsaxelrod.com

*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorneys*

Dated: October 28, 2025