IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No.: 1:25-CR-00272-MSN |
| JAMES B. COMEY, JR., | ) |
| Defendant. | ) |

## ORDER

On consideration on the Motion for Leave to File Brief as *Amici Curiae*, and the court finding good cause to grant the motion, it is hereby ORDERED:

1. The Motion is GRANTED

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this order

SO ORDERED this ___ day of _____, 2025

HONORABLE MICHAEL S NACHMANOFF

United States District Judge