# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

FILED

2025 OCT 29 A 8: 48

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | No. 1:25-CR-272 (MSN) |
| JAMES B. COMEY, JR., | |
| *Defendant.* | |

## NOTICE OF WAIVER OF HEARING

In accordance with Local Criminal Rule 47(E) and (J), undersigned counsel hereby notifies the Court that prospective Amici Curiae waive oral argument on their Motion on Behalf of Former Senior Officials of the Department of Justice for Leave to File Brief as *Amici Curiae* in Support of Motion to Dismiss Indictment for Vindictive Prosecution, filed on October 27, 2025, *see* Dkt. 76. Defendant Comey has represented that he consents to the filing of the proposed amicus brief via prospective Amici's written motion. The United States indicated that it opposes Amici's motion for leave to file, but government counsel did not provide any explanation for that opposition or specify a position with respect to waiving or holding a hearing on the motion.

Prospective Amici submit that the grounds for granting their motion for leave to file the proposed Amici Curiae brief are fully set forth in the motion itself, and that oral argument would not aid the Court's decisional process. Accordingly, prospective Amici hereby respectfully request that the Court rule on the pending motion, Dkt. 76, on the papers, without holding a hearing.

|  |  |
|---|---|
| GREGORY R. ROSEN (VA Bar # 82584)<br>ROGERS JOSEPH O'DONNELL PC<br>1500 K Street N.W., Suite 800<br>Washington, D.C. 20005<br>(202) 777-8952<br>grosen@rjo.com | Respectfully submitted,<br><br>/s/ Samantha P. Bateman<br>SAMANTHA P. BATEMAN (VA Bar # 80110)<br>MARY L. DOHRMANN††*<br>JAMES I. PEARCE†*<br>NATHANIEL A.G. ZELINSKY*<br>WASHINGTON LITIGATION GROUP<br>1717 K Street N.W.<br>Suite 1120<br>Washington, D.C. 20006<br>(202) 521-8750<br>sbateman@washingtonlitigationgroup.org<br><br>† Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members<br>†† Admitted only in New York; practicing under the supervision of D.C. Bar Members<br>* Pending motion for admission *pro hac vice*<br><br>*Counsel for Amici Curiae*<br>*Former Senior Officials of the*<br>*Department of Justice* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I caused a copy of this document to be served by hand-delivery and/or electronic mail (e-mail) upon all counsel of record in this case.

*/s/ Samantha P. Bateman*
SAMANTHA P. BATEMAN (VA Bar # 80110)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Suite 1120
Washington, D.C. 20006
202-521-8750
sbateman@washingtonlitigationgroup.org
