# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:25-cr-272-MSN |
| JAMES B. COMEY, JR., | |
| *Defendant.* | |

## ORDER

This matter is before the Court pursuant to United States District Judge Michael S. Nachmanoff's Order dated October 29, 2025 (ECF 102) directing the undersigned to schedule a hearing to address the government's Motion for Implementation of Filter Protocol (ECF 38) and the Defendant's opposition thereto (ECF 71). Accordingly, it is hereby

**ORDERED** that a hearing on this issue shall be held on Wednesday, November 5, 2025, at 10:00 a.m. in Courtroom 500; and, given that the hearing may address information the government has designated as Protected Material under the Protective Order (ECF 40), it is further **ORDERED** that the parties shall file their positions as to whether all or part of the hearing should be closed to the public by Friday, October 31, 2025, at 5:00 p.m.

**ENTERED** this 30th day of October, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE