IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING LEAVE TO FILE VIDEO RECORDING**

UPON MOTION of the defendant, for good cause shown, Defendant's Motion to File Video Recording as Exhibit A to Defendant's Motion to Dismiss the Indictment Based on Fundamental Ambiguity & Literal Truth is GRANTED.

IT IS SO ORDERED.

_____                                                      _____
  Date                                                                                  Michael S. Nachmanoff
                                                                                              United States District Judge