IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant*. | Criminal No. 1:25-cr-272-MSN |

ORDER

Upon consideration of the Motion on Behalf of Former Senior Officials of the Department of Justice for Leave to File Brief as Amicus Curiae In Support of Motion to Dismiss Indictment for Vindictive and Selective Prosecution (ECF 76), the Court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED that the Motion (ECF 76) is GRANTED; and it is further

ORDERED that Movants' proposed amicus curiae brief (ECF 76-2) is deemed FILED.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

October 31, 2025
Alexandria, Virginia