IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant*. | Criminal No. 1:25-cr-272-MSN |

ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of Protect Democracy Project in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution (ECF 85), the Court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED that the Motion (ECF 85) is GRANTED; and it is further

ORDERED that Movants' proposed amicus curiae brief (ECF 85-2) is deemed FILED.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

October 31, 2025
Alexandria, Virginia