IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JAMES B. COMEY, JR., <br><br> *Defendant*. | Criminal No. 1:25-cr-272-MSN |

ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of University Professors and Scholars in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution (ECF 73), the Court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED that the Motion (ECF 73) is GRANTED; and it is further

ORDERED that Movants' proposed amicus curiae brief (ECF 73-2) is deemed FILED.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

October 31, 2025
Alexandria, Virginia