# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant.* | No. 1:25-CR-272 (MSN) |

## NOTICE OF WITHDRAWAL OF MOTION TO APPEAR PRO HAC VICE

Undersigned counsel hereby respectfully notifies the Court of the withdrawal of the pending Motion to Appear Pro Hac Vice on behalf of Nathaniel Avi Gideon Zelinsky, submitted on October 27, 2025 (Dkt. 79).

Respectfully submitted,

*/s/ Samantha P. Bateman*
SAMANTHA P. BATEMAN (VA Bar # 80110)
MARY L. DOHRMANN††*
JAMES I. PEARCE†*
WASHINGTON LITIGATION GROUP
1717 K Street N.W.
Suite 1120
Washington, D.C. 20006
(202) 521-8750
sbateman@washingtonlitigationgroup.org

† Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members
†† Admitted only in New York; practicing under the supervision of D.C. Bar Members
* Appearing *pro hac vice* per orders dated October 30, 2025 (Dkts. 116 & 117)

*Counsel for Amici Curiae*
*Former Senior Officials of the*
*Department of Justice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I filed this Notice in hard copy with the clerk's office in this District, which will then electronically publish the Notice on this Court's docket, whereupon service on all counsel of record in this case will be accomplished via the Court's electronic CM/ECF filing system.

/s/ *Samantha P. Bateman*
SAMANTHA P. BATEMAN (VA Bar # 80110)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Suite 1120
Washington, D.C. 20006
202-521-8750
sbateman@washingtonlitigationgroup.org