# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 1:25-CR-272-MSN |
| **JAMES B. COMEY, JR.** | |
| *Defendant*. | |

## PARTIES' CONSENT POSITION ON PUBLIC HEARING

The Court has requested the position of the parties as to whether a hearing on November 5, 2025, needs to be closed to the public in any part. [DE 104].

The government has conferred defense counsel of record. The parties do not believe that any portion of the hearing will require closing the courtroom to the public.

Respectfully submitted this 31st day of October, 2025.

Lindsey Halligan
United States Attorney


_____/S/_____
N. Tyler Lemons
Assistant United States Attorney
North Carolina Bar No. 46199
Gabriel J. Diaz
Assistant United States Attorney
North Carolina Bar No. 49159
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
tyler.lemons@usdoj.gov
gabriel.diaz@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have this 31st day of October, 2025, the government served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

                                      Respectfully submitted,

                                      _____/S/_____
                                      N. Tyler Lemons
                                      Assistant United States Attorney
                                      North Carolina Bar No. 46199
                                      Gabriel J. Diaz
                                      Assistant United States Attorney
                                      North Carolina Bar No. 49159
                                      2100 Jamieson Avenue
                                      Alexandria, VA 22314
                                      Tel: (703) 299-3700
                                      tyler.lemons@usdoj.gov
                                      gabriel.diaz@usdoj.gov