IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>JAMES B. COMEY, JR.,<br><br>  Defendant. | Criminal No. 1:25-cr-00272-MSN |

ORDER

Upon consideration of the Motion for Leave to File Amicus Curiae Brief of Bipartisan Group of Current and Former Members of Congress in support of Defendant's Request for Relief (ECF No. 87), the court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED that the Motion (ECF No. 87) is GRANTED; and it is further

ORDERED that Movants' proposed amicus curiae brief (ECF No. 87-2) is deemed FILED.

The Clerk of Court is directed to forward a copy of this Order to counsel of record.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
October 31, 2025