**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 1:25-CR-272-MSN** |
| **JAMES B. COMEY, JR.** | UNDER SEAL |
| *Defendant.* | |

**GOVERNMENT REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S
<u>MOTION FOR IMPLEMENTATION OF FILTER PROTOCOL</u>**

Exhibit A

[FILED UNDER SEAL]