# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 1:25-CR-272-MSN |
| **JAMES B. COMEY, JR.** | |
| *Defendant*. | |

## GOVERNMENT MOTION TO SEAL

The Government moves this Honorable Court to seal the redacted portions of the Government Reply to the Defendant's Response to the Government's Motion for Implementation of a Filter Protocol and Government Exhibits 1 and 2. The redacted portion and the exhibits derived from search warrants that remain under seal in the issuing district. Additionally, Government Exhibit 2 contains personal information that is not appropriate for public dissemination. This request for sealing is consistent with the Court's previously entered Protective Order at docket entry 40.

A proposed Order is attached for the consideration of the Court.

Respectfully submitted this 2nd day of November, 2025.

Lindsey Halligan
United States Attorney

_____/S/_____
N. Tyler Lemons
Assistant United States Attorney
North Carolina Bar No. 46199
Gabriel J. Diaz
Assistant United States Attorney
North Carolina Bar No. 49159

               2100 Jamieson Avenue
               Alexandria, VA 22314
               Tel: (703) 299-3700
               tyler.lemons@usdoj.gov
               gabriel.diaz@usdoj.gov

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 2nd day of November, 2025, the government served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

 

Respectfully submitted,

_____/S/_____
N. Tyler Lemons
Assistant United States Attorney
North Carolina Bar No. 46199
Gabriel J. Diaz
Assistant United States Attorney
North Carolina Bar No. 49159
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
tyler.lemons@usdoj.gov
gabriel.diaz@usdoj.gov