IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMES B. COMEY, JR.** <br><br> *Defendant*. | Criminal No. 1:25-CR-272-MSN |

## ORDER ON SEALING

The Court has reviewed and considered the government's Motion to Seal the redacted portions of their Reply to the Defendant's Response to the Government's Motion for Implementation of a Filter Protocol and accompanying Exhibits 1 and 2. For the reasons stated therein, the Motion to Seal is GRANTED.

It is hereby ORDERED that the redacted portions of the Reply to the Defendant's Response to the Government's Motion for Implementation of a Filter Protocol and accompanying Exhibits 1 and 2 shall be sealed and remain under seal permanently absent further Order of this Court.

_____
Date

_____
Michael S. Nachmanoff
United States District Judge