AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CR-00272-MSN-1 |
| JAMES B. COMEY, JR | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 11/03/2025

/s/ Henry C. Whitaker
*Attorney's signature*

Henry C. Whitaker (Fla. Bar No. 1031175)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington, D.C. 20530
*Address*

henry.whitaker@usdoj.gov
*E-mail address*

(202) 445-8942
*Telephone number*

*FAX number*