# Exhibit A



# Office of the Attorney General
## Washington, D.C. 20530

ORDER NO.  6485-2025

APPOINTMENT OF LINDSEY HALLIGAN AS SPECIAL ATTORNEY
TO CONDUCT LEGAL PROCEEDINGS IN THE EASTERN DISTRICT OF VIRGINIA AND
RATIFICATION OF CERTAIN ACTIONS IN THAT DISTRICT

On September 22, 2025, I exercised the authority vested in the Attorney General by 28 U.S.C. § 546 to designate and appoint Lindsey Halligan as the United States Attorney for the Eastern District of Virginia.  *See* Att'y Gen. Order No. 6402-2025.  For the avoidance of doubt as to the validity of that appointment, and by virtue of the authority vested in the Attorney General by law, including 28 U.S.C. § 509, 510, and 515, I hereby appoint Ms. Halligan to the additional position of Special Attorney, as of September 22, 2025, and thereby ratify her employment as an attorney of the Department of Justice from that date going forward.  As Special Attorney, Ms. Halligan has authority to conduct, in the Eastern District of Virginia, any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before United States Magistrates and Judges.  In the alternative, should a court conclude that Ms. Halligan's authority as Special Attorney is limited to particular matters, I hereby delegate to Ms. Halligan authority as Special Attorney to conduct and supervise the prosecutions in *United States v. Comey* (Case No. 1:25-CR-00272) and *United States v. James* (Case No. 2:25-CR-00122).

In addition, based on my review of the grand jury proceedings in *United States v. Comey* and *United States v. James*, I hereby exercise the authority vested in the Attorney General by



# Office of the Attorney General

### Washington, D.C. 20530

law, including 28 U.S.C. § 509, 510, and 518(b), to ratify Ms. Halligan's actions before the

grand jury and her signature on the indictments returned by the grand jury in each case.

_____
Date

_____
Pamela Bondi
Attorney General