

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

October 28, 2016

Honorable Richard M. Burr  
Chairman  
Select Committee on Intelligence

Honorable Devin Nunes  
Chairman  
Permanent Select Committee on Intelligence

Honorable Charles E. Grassley  
Chairman  
Committee on the Judiciary

Honorable Robert Goodlatte  
Chairman  
Committee on the Judiciary

Honorable Richard Shelby  
Chairman  
Committee on Appropriations  
Subcommittee on Commerce, Justice, Science  
  and Related Agencies

Honorable John Culberson  
Chairman  
Committee on Appropriations  
Subcommittee on Commerce, Justice,  
  Science and Related Agencies

Honorable Ron Johnson  
Chairman  
Committee on Homeland Security and  
  Governmental Affairs

Honorable Jason Chaffetz  
Chairman  
Committee on Oversight and  
  Government Reform

Dear Messrs Chairmen:

    In previous congressional testimony, I referred to the fact that the Federal Bureau of Investigation (FBI) had completed its investigation of former Secretary Clinton's personal email server. Due to recent developments, I am writing to supplement my previous testimony.

    In connection with an unrelated case, the FBI has learned of the existence of emails that appear to be pertinent to the investigation. I am writing to inform you that the investigative team briefed me on this yesterday, and I agreed that the FBI should take appropriate investigative steps designed to allow investigators to review these emails to determine whether they contain classified information, as well as to assess their importance to our investigation.

    Although the FBI cannot yet assess whether or not this material may be significant, and I cannot predict how long it will take us to complete this additional work, I believe it is important to update your Committees about our efforts in light of my previous testimony.

Sincerely yours,

James B. Comey  
Director

**GOVERNMENT EXHIBIT 2**  
1:25-CR-272-MSN

1 – Honorable Dianne Feinstein
   Vice Chairman
   Select Committee on Intelligence
   United States Senate
   Washington, DC  20510

1 – Honorable Patrick J. Leahy
   Ranking Member
   Committee on the Judiciary
   United States Senate
   Washington, DC  20510

1 – Honorable Barbara Mikulski
   Ranking Member
   Committee on Appropriations
   Subcommittee on Commerce, Justice, Science
      and Related Agencies
   United States Senate
   Washington, DC  20510

1 – Honorable Thomas R. Carper
   Ranking Member
   Committee on Homeland Security and
      Governmental Affairs
   United States Senate
   Washington, DC  20510

1 – Honorable Adam B. Schiff
   Ranking Member
   Permanent Select Committee on Intelligence
   U.S. House of Representatives
   Washington, DC  20515

1 – Honorable John Conyers, Jr.
   Ranking Member
   Committee on the Judiciary
   U.S. House of Representatives
   Washington, DC  20515

1 – Honorable Michael Honda
   Ranking Member
   Committee on Appropriations
   Subcommittee on Commerce, Justice, Science
      and Related Agencies
   U.S. House of Representatives
   Washington, DC  20515

1 – Honorable Elijah E. Cummings
    Ranking Member
    Committee on Oversight and
      Government Reform
    U.S. House of Representatives
    Washington, DC  20515