# Big night?

Daniel Charles Richman **<dcr2132@columbia.edu>**

10/29/16

to Jbc

1. Are going trick or treating?
2. If so what are you going as?
3. Make sure you keep your eyes shut. The country can't seem to handle your finding stuff
4. There are more morons with access to ink than I ever dreamed

Daniel Richman
Paul J. Kellner Professor of Law
Columbia Law School
Office:
Cell:

Reinhold Niebuhr **<reinholdniebuhr7@gmail.com>**

10/29/16

to me

Thanks for the battling you have done against unreason.  This is a strange time.  BUt we press on.

**GOVERNMENT EXHIBIT**

**4**

1:25-CR-272-MSN

CONFIDENTIAL