To: Daniel Charles Richman[Daniel Charles Richman <drichm@law.columbia.edu>]
From: Chuck Rosenberg
Sent on behalf of: Chuck Rosenberg
Sent: Sat 2/11/2017 9:45:53 PM (UTC)
Subject: Re:

I will reach out to him. Thank you.

On Feb 11, 2017, at 16:42, Daniel Charles Richman <drichm@law.columbia.edu> wrote:



oh for boring days.
unless you'd just prefer that I give mike your gmail,
he's at
schmidtm@nytimes.com
or

On Sat, Feb 11, 2017 at 4:39 PM, Chuck Rosenberg < > wrote:

Interesting days. I can do without interesting. Yes.

> On Feb 11, 2017, at 16:37, Daniel Charles Richman <drichm@law.columbia.edu> wrote:
>
> Hi Chuck - My pal at the NYT, Mike Schmidt is (along with Apuzzo, Goldman, and (gag me) Lichtblau) is doing a huge piece on the HRC emails. He's had a ton of background conversations with players and non-players (like me). Mike very much would like to talk to you exclusively on background as he tries to understanding Jim's decisionmaking to the extent possible. Mike asked me to reach out to you. Hence this email. Would you be willing to chat with him?
>
> Interesting days, huh?
> hope I get to see you again soon
> d


--
BEGIN-ANTISPAM-VOTING-LINKS
------------------------------------------------------

Teach Email if this mail (ID 01SHxCv31) is spam:

Spam: https://antispam.law.columbia.edu/canit/b.php?i=01SHxCv31&m=3589612f1b58&t=20170211&c=s

Not spam: https://antispam.law.columbia.edu/canit/b.php?i=01SHxCv31&m=3589612f1b58&t=20170211&c=n

Forget vote: https://antispam.law.columbia.edu/canit/b.php?i=01SHxCv31&m=3589612f1b58&t=20170211&c=f
------------------------------------------------------
END-ANTISPAM-VOTING-LINKS


--
Daniel Richman
Paul J. Kellner Professor of Law,
Columbia Law School
office
cellphone
You can download my papers at http://ssrn.com/author=937729

Spam
Not spam
Forget previous vote

**GOVERNMENT EXHIBIT 9**
1:25-CR-272-MSN

FOIA CONFIDENTIAL TREATMENT REQUESTED

To: Daniel Charles Richman[Daniel Charles Richman &lt;drichm@law.columbia.edu&gt;]
From: Chuck Rosenberg
Sent on behalf of: Chuck Rosenberg

Sent: Sat 2/11/2017 PM (UTC)
Subject: Re:

I reach out to him. Thank you.

On Feb 11, 2017, at 16:42, Daniel Charles Richman &lt;drichm@law.columbia.edu wrote:

> oh for boring days. unless you'd just prefer that I give mike your gmail, he's at schmidtm@nytimes.com

> On Sat, Feb 11, 2017 at 4:39 PM,

> wrote:

> Interesting days. I can do without interesting.
> Yes.

>> On Feb 11, 2017, at 16:37, Daniel Charles Richman &lt;drichm@law.columbia.edu&gt; wrote:

>> Hi Chuck - My pal at the NYT, Mike Schmidt is (along with Apuzzo, Goldman, and (gag me) Lichtblau) is doing a huge piece on the HRC emails. He's had a ton of background conversations with players and non-players (like me). Mike very much would like to talk to you exclusively on background as he tries to understanding Jim's decision making to the extent possible. Mike asked me to reach out to you. Hence this email. Would you be willing to chat with him?

Interesting days, huh?
hope I get to see you again soon
d


Daniel Richman
Paul J. Kellner Professor of Law,
Columbia Law
School   office

cellphone

You can download my papers at http://ssrn.com/author=937729

FOIA CONFIDENTIAL TREATMENT REQUESTED

COLUM0017086