

+[redacted] Michael Schmidt
I just tried you. Hadn't heard your voice in a few hours.
Status: Read
Read: 5/11/2017 2:34:38 PM(UTC+0)
5/11/2017 2:15:05 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CCFF8 (Table: message, handle, chat, Size: 6275072 bytes)



+[redacted] Michael Schmidt
I'm about to get on flight to Chicago for the day.
Status: Read
Read: 5/11/2017 2:34:38 PM(UTC+0)
5/11/2017 2:15:19 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CCDFA (Table: message, handle, chat, Size: 6275072 bytes)



+[redacted] Michael Schmidt
Just wanted to check in.
Status: Read
Read: 5/11/2017 2:34:38 PM(UTC+0)
5/11/2017 2:15:24 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CCC0D (Table: message, handle, chat, Size: 6275072 bytes)



+[redacted] Michael Schmidt
And wanted to push you to push JBC. My sense from his texts is that he wants this to spill.
Status: Read
Read: 5/11/2017 2:34:38 PM(UTC+0)
5/11/2017 2:16:27 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CCA54 (Table: message, handle, chat, Size: 6275072 bytes)



+[redacted] Michael Garcia
Ok. You text him and I will reach out too. Just ask for the approx and clearance for me to talk as anon source
Status: Sent
Delivered: 5/11/2017 2:36:10 PM(UTC+0)
5/11/2017 2:36:10 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CC812 (Table: message, chat, Size: 6275072 bytes)



+[redacted] Michael Schmidt
What's the approx
Status: Read
Read: 5/11/2017 2:36:37 PM(UTC+0)
5/11/2017 2:36:30 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CC5AA (Table: message, handle, chat, Size: 6275072 bytes)

GOVERNMENT EXHIBIT
10
1:25-CR-272-MSN

4801

**Michael Garcia:** Approx date
Status: Sent
Delivered: 5/11/2017 2:36:45 PM(UTC+0)
5/11/2017 2:36:45 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CC3FD (Table: message, chat, Size: 6275072 bytes)

**Michael Schmidt:** Ok
Status: Read
Read: 5/11/2017 2:37:00 PM(UTC+0)
5/11/2017 2:36:55 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CFFF6 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Schmidt:** When you reach out to him tell him that you just need for him to allow you to talk. work your magic
Status: Read
Read: 5/11/2017 2:37:29 PM(UTC+0)
5/11/2017 2:37:22 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CFE6B (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Garcia:** Which number do u use to text him?
Status: Sent
Delivered: 5/11/2017 2:44:21 PM(UTC+0)
5/11/2017 2:44:22 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CFC1B (Table: message, chat, Size: 6275072 bytes)

**Michael Schmidt:** (203) 803-6993
Status: Read
Read: 5/11/2017 2:45:47 PM(UTC+0)
5/11/2017 2:45:27 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CFA4C (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Schmidt:** Is that the best one
Status: Read
Read: 5/11/2017 2:54:13 PM(UTC+0)
5/11/2017 2:53:40 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CF54B (Table: message, handle, chat, Size: 6275072 bytes)



**Michael Garcia**
Believe so
Status: Sent
Delivered: 5/11/2017 2:54:20 PM(UTC+0)

5/11/2017 2:54:20 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CF398 (Table: message, chat, Size: 6275072 bytes)



**Michael Schmidt**
It's raining see
Status: Read
Read: 5/11/2017 2:54:50 PM(UTC+0)

5/11/2017 2:54:33 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CF1FB (Table: message, handle, chat, Size: 6275072 bytes)



**Michael Schmidt**
Here
Status: Read
Read: 5/11/2017 2:54:50 PM(UTC+0)

5/11/2017 2:54:35 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D0FF8 (Table: message, handle, chat, Size: 6275072 bytes)



**Michael Schmidt**
So that means he can't Garden and be on porch
Status: Read
Read: 5/11/2017 2:54:50 PM(UTC+0)

5/11/2017 2:54:48 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D0E65 (Table: message, handle, chat, Size: 6275072 bytes)



**Michael Schmidt**
This is the message I sent him
Status: Read
Read: 5/11/2017 3:34:49 PM(UTC+0)

5/11/2017 3:24:18 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D0C80 (Table: message, handle, chat, Size: 6275072 bytes)



**Michael Schmidt**
I don't want to bother you as I wait to hopefully learn more about this tease. I do think you deserve to be left to catch your breath but we're at too important a time in the story and the country's history for me to leave you alone. I have to try and throw everything I can against the wall. Questions of your unwillingness to give the president your loyalty are already out there. You don't even need to talk to me. Just give Richman green light to tell me about dinner. That's all..
Status: Read
Read: 5/11/2017 3:34:49 PM(UTC+0)

5/11/2017 3:24:18 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D0AB9 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Schmidt**
Ok I'm on a flight I'll be off in about 45 mins
Status: Read
Read: 5/11/2017 3:50:52 PM(UTC+0)
5/11/2017 3:48:25 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D0368 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Garcia**
Just got gohead. See my email
Status: Sent
Delivered: 5/11/2017 3:51:18 PM(UTC+0)
5/11/2017 3:51:17 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D1FF8 (Table: message, chat, Size: 6275072 bytes)

**Michael Schmidt**
Give me a shout
Status: Read
Read: 5/11/2017 5:59:09 PM(UTC+0)
5/11/2017 5:10:36 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D19B0 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Schmidt**
We think they only had dinner once right
Status: Read
Read: 5/11/2017 5:59:09 PM(UTC+0)
5/11/2017 5:50:22 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D1807 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Garcia**
Believe so
Status: Sent
Delivered: 5/11/2017 5:59:17 PM(UTC+0)
5/11/2017 5:59:16 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D162C (Table: message, chat, Size: 6275072 bytes)

**Michael Schmidt**
Thnx
Status: Read
Read: 5/11/2017 8:39:08 PM(UTC+0)
5/11/2017 6:05:32 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5D11CC (Table: message, handle, chat, Size: 6275072 bytes)









Michael Schmidt
Sleep well
Status: Read
Read: 5/13/2017 2:25:06 AM(UTC+0)
5/13/2017 2:25:06 AM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5874C9 (Table: message, handle, chat, Size: 6275072 bytes)



Michael Garcia
Ok. But I'm just an unnamed associate, right? Nite nite
Status: Sent
Delivered: 5/13/2017 2:26:29 AM(UTC+0)
5/13/2017 2:26:28 AM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1C1FF8 (Table: message, chat, Size: 6275072 bytes)



Michael Schmidt
Yes yes
Status: Read
Read: 5/13/2017 2:38:28 AM(UTC+0)
5/13/2017 2:29:58 AM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1C1965 (Table: message, handle, chat, Size: 6275072 bytes)

Michael Schmidt
I'm not going to tweet it. An editor at the times probably will. But people won't pick it up. Different if I tweet it. This won't be a big thing just a line in a story.
Status: Read
Read: 5/13/2017 2:38:28 AM(UTC+0)
5/13/2017 2:35:12 AM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1C1DD6 (Table: message, handle, chat, Size: 6275072 bytes)



Michael Garcia
Kk
Status: Sent
Delivered: 5/13/2017 2:38:35 AM(UTC+0)
5/13/2017 2:38:34 AM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1C1AF6 (Table: message, chat, Size: 6275072 bytes)



Michael Schmidt
Call me
Status: Read
Read: 5/16/2017 2:40:05 PM(UTC+0)
5/16/2017 2:28:31 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1FCB55 (Table: message, handle, chat, Size: 6275072 bytes)



Michael Garcia
Will do shortly. Know why
Status: Sent
Delivered: 5/16/2017 2:41:06 PM(UTC+0)

5/16/2017 2:41:05 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x1FC2C8 (Table: message, chat, Size: 6275072 bytes)

Michael Schmidt
I wanted to give you some questions
Status: Read
Read: 5/16/2017 2:54:08 PM(UTC+0)

5/16/2017 2:45:39 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CE8EE (Table: message, handle, chat, Size: 6275072 bytes)

Michael Schmidt
A few small things
Status: Read
Read: 5/16/2017 2:54:08 PM(UTC+0)

5/16/2017 2:45:48 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CEE07 (Table: message, handle, chat, Size: 6275072 bytes)

Michael Schmidt
But important
Status: Read
Read: 5/16/2017 2:54:08 PM(UTC+0)

5/16/2017 2:45:51 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CEC58 (Table: message, handle, chat, Size: 6275072 bytes)



Michael Garcia
5 min
Status: Sent
Delivered: 5/16/2017 2:54:16 PM(UTC+0)

5/16/2017 2:54:14 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CEAB3 (Table: message, chat, Size: 6275072 bytes)

Michael Schmidt
When you call call my desk 2028620356
Status: Read
Read: 5/16/2017 3:01:16 PM(UTC+0)

5/16/2017 2:58:49 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x5CE71D (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Garcia**

Comey told close associates that he had a disturbing conversation with Trump in February 14. Following a Terrorism threat briefing by leaders of the intel community, Trump excused all those present, including the VP and Sessions, asking only Comey to remain. When the two were alone in the Oval Office, facing each other across the Resolute desk, Trump said he wanted to talk about Mike Flynn. He began with a long condemnation of leaks, but then turned to Flynn, telling Comey, "I hope you can see your way clear to letting this go, to letting Flynn go. He is a good guy. I hope you can let this go." Comey replied only by saying, "I agree he is a good guy."

Comey immediately created a memorandum memorializing the conversation, as he did with all his conversations with Trump and shared it with his senior staff. They discussed what to do about what could be an effort to obstruct the investigation and decided that because the conversation was one on one, it could not be corroborated. They agreed the best course was to ensure that none of those working the case knew of it so they could not be influenced by it.

But in recent days, after Trump himself raised the prospect that he might have taped Comey, the possibility of corroborating the President's words about Flynn has changed.

Status: Sent
Delivered: 5/16/2017 3:30:26 PM(UTC+0)

5/16/2017 3:30:26 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x37FF8 (Table: message, chat, Size: 6275072 bytes)

**Michael Schmidt**

Call me

Status: Read
Read: 5/18/2017 12:43:12 AM(UTC+0)

5/17/2017 9:55:12 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x15C290 (Table: message, handle, chat, Size: 6275072 bytes)

**Michael Garcia**

It's up

Status: Sent
Delivered: 6/7/2017 6:04:09 PM(UTC+0)

6/7/2017 6:04:08 PM(UTC+0)

Source Info:
daniel richman's iPhone/mobile/Library/SMS/sms.db : 0xBB2EE (Table: message, chat, Size: 6275072 bytes)

---

145

Start Time: 4/27/2013 1:42:46 AM(UTC+0)
Last Activity: 3/6/2014 3:29:04 AM(UTC+0)
Number of attachments: 1
Source: iMessage:
Source file: daniel richman's iPhone/mobile/Library/SMS/sms.db : 0x3D935C (Table: chat, handle, Size: 6275072 bytes)
Body file: chat-556.txt

Participants:

Michael Garcia* (owner)

Michael Schill*