**DIRECTOR**

9/26/16

Mitch

JB - we have CIB
    - undermine HRC
    - candidates in the system

- HRC plan to tie Trump

- HRC Health.

Kerry - Trump Finance
    - debts to Moscow

JB - journalist(s) saying waltzing Trump + Russia
I mentioned NY Times

David
— Do you see a pattern to the intrusions/scans of state voter databases.

GOVERNMENT EXHIBIT 13  1:25-CR-272-MSN