IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:25-cr-272-MSN |
| JAMES B. COMEY, JR, | |
| *Defendant.* | |

## ORDER

For capacity and security reasons, the hearing before Magistrate Judge William E. Fitzpatrick on November 5, 2025, at 10:00 a.m. is hereby moved to Courtroom 600 on the Sixth Floor of the Albert V. Bryan United States Courthouse. Because seating capacity will be limited, Courtroom 601 will be reserved and will serve as an overflow courtroom. Courtroom 601 will have screens which should enable attendees to see and hear what is happening in Courtroom 600. A Court Security Officer will always be present in Courtroom 601 to ensure that appropriate decorum is maintained and to communicate with Information Technology staff if there are problems with the audio or video transmission. The hearing will not be delayed for transmission issues. All seating in Courtroom 601 will be on a first-come basis.

Members of the media must obtain a media pass. Passes are available from the Operations Supervisor in the Clerk's Office, which is located on the second floor of the courthouse. The Clerk's Office is open daily from 8:30 a.m. to 5:00 p.m. A valid ID and evidence of media status are required for a media pass. A pass is valid only for the duration of the hearing and, because seating is limited, does not guarantee a seat in either courtroom. Any media personnel with a pass who are unable to obtain a seat in Courtroom 600 will have to find a seat in Courtroom 601. These procedures regarding media passes will be in effect for all pre-trial hearings.

FOOD AND WATER ARE NOT PERMITTED IN EITHER COURTROOM.

The Courthouse opens at 8:00 a.m. on Wednesday. Any changes to the schedule will be posted on the Court's website at https://www.vaedonline.uscourts.gov/schedules/w_tomorrow1.html.

The Court anticipates that there may be significant delays getting through security at the courthouse entrance. Attendees should plan their arrival times accordingly. To avoid delays, attendees should be aware of, and follow, all courthouse entry requirements found at https://www.vaed.uscourts.gov/Alexandria (*see* "Important Security Information"). In particular, ALL VISITORS MUST PRESENT A VALID PHOTO ID to gain admittance. Cell phones and smart watches shall not be used in either courtroom. They must remain in a locked Yondr pouch for the duration of the hearing. Further details regarding the courthouse electronics policy can be found on the Important Security Information page.

The Clerk is directed to forward copies of this Order to counsel of record and post it on the Court's website.

/s/
Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

November 3, 2025
Alexandria, Virginia