## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Patrick Fitzgerald |
| | Rebekah Donaleski |
| | Jessica Carmichael |
| Electronic Device(s): | 1 laptop |
| Purpose and Location Of Use: | Motion Hearing, Courtroom 600 |
| Case No.: | 1:25cr272 |
| Date(s) Authorized: | November 5, 2025 |
| IT Clearance Waived: | ✓ (Yes)  ___ (No) |

APPROVED BY:

Date: 10/4/2025   _/s/_
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
                  IT Staff Member           Date(s)

**IT clearance must be completed, unless waived, before court appearance.**