Judge: **William E. Fitzpatrick**

| | |
|---|---|
| Date: 11/5/2025 | Reporter: Diane Salters |
| Time: 9:57 A.M. to 10:50A.M. | Courtroom Deputy: Lynnelle Creek |

**UNITED STATES of AMERICA**
Vs.

| **JAMES COMEY** | **1:25-CR-272** |
|---|---|
| Defendant's Name | Case Number |

| Rebekah Donaleski, Patrick Fitzgerald and Michael Dreeben | Nathaniel Lemons, Lindsey Halligan, and Gabriel Diaz |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
(✓) Motions             ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment         ( ) Appeal from USMC       ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:   (✓) in person          ( ) failed to appear
                      (✓) with Counsel       ( ) without counsel          ( ) through counsel

**PROCEEDING**

- **Motion for Implementation of Filter Protocol** (dkt. 38) -DENIED.
- Government directed to produce all seized materials as articulated in open court by 5:00 p.m. on 11/6/25.
- Parties directed to confer with regard to complying with warrant execution as articulated in open court.
- Defendant continued on previous conditions.
- Order to follow.