# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant.* | Criminal No. 1:25-cr-272-MSN-WEF |

## ORDER

This matter comes before the Court on (i) Defendant's Motion to Seal the redacted portions of his Response in Opposition to the Government's Motion for Expedited Ruling and Exhibit A (ECF 56), (ii) Defendant's Motion to Seal the redacted portions of his Response in Opposition to the Government's Motion for Filter Protocol and Exhibits A–E (ECF 72), (iii) Defendant's Motion to Seal the redacted portions of his Motion to Disclose Grand Jury Proceedings (ECF 109); and (iv) the Government's Motion to Seal the redacted portions of the Government's Reply to the Defendant's Response to the Government's Motion for Implementation of a Filter Protocol and Government Exhibits 1 and 2 (ECF 133).

For the reasons stated in open court on the record, it is hereby

ORDERED that the Government shall, on or before November 10, 2025, move in the issuing district to unseal the four 2019 and 2020 search warrants referenced in the Government's Reply to Defendant's Response to the Government's Motion for Implementation of Filter Protocol (ECF 132), together with all attendant documents, or, in the alternative, file a motion in the issuing district setting forth good cause as to why the subject search warrants and all attendant documents should remain under seal, in whole or in part; and it is further

ORDERED that Defendant may provide the Government with his position regarding such a motion and, if he chooses to do so, shall submit that position in writing to the Government no later than 5:00 p.m. on November 6, 2025; and it is further

ORDERED that, if the Defendant provides to the Government his written position, the Government shall attach that submission to its motion in the issuing district; and it is further

ORDERED that, if necessary, the Court shall hold a hearing on the pending motions to seal (ECFs 56, 72, 109, and 133) on November 21, 2025, at 10:00 a.m. in Courtroom 500, and the materials subject to those motions shall remain UNDER SEAL until further order of the Court; and it is further

ORDERED that, to the extent the Government seeks to seal Exhibit A to Defendant's Response to the Government's Motion for Expedited Ruling (ECF No. 55-1), the Government shall file a supporting brief in accordance with Local Criminal Rule 49 on or before November 12, 2025; Defendant may file a response on or before November 19, 2025; and, if necessary, the Court shall hold a hearing on the Government's sealing request on November 21, 2025, at 10:00 a.m. in Courtroom 500; and it is further

ORDERED that, for any document currently subject to a pending motion to seal, the parties shall meet and confer to determine what personal identifying information, if any, should be redacted and, to the extent the parties are unable to reach agreement, they shall file their respective positions regarding such redactions on or before 12:00 p.m. on November 20, 2025.

**ENTERED** this 5th day of November, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE