IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 1:25CR272-MSN |
| | ) | |
| James Comey | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING
REGARDING CLASSIFIED INFORMATION**

Please take notice that the defense hereby submits the attached Memorandum of Understanding, executed by defense counsel Rebekah Donaleski, regarding the handling of classified information.

Respectfully submitted,
JAMES B. COMEY, JR.
By Counsel

/s/ Jessica Carmichael
Jessica N. Carmichael (VA Bar No. 78339)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone: (703) 684-7908
Facsimile: (703) 649-6360
Email: jessica@carmichaellegal.com

Patrick J. Fitzgerald (*pro hac vice*)
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone: (312) 758-4454

Rebekah Donaleski (*pro hac vice*)
COOLEY LLP
55 Hudson Yards

New York, NY 10001
Telephone:  (212) 479-6000

Ephraim A. McDowell (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone:  (202) 842-7800

Michael R. Dreeben (*pro hac vice*)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone:  (202) 695-2562

*Counsel for Defendant James B. Comey, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of November, 2025 I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                        _____/s/_____
                                                       Jessica N. Carmichael