IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant*. | Criminal No. 1:25-cr-272-MSN-WEF |

### ORDER

On November 5, 2025, the undersigned issued an Order (ECF 161) directing the government to produce to Defendant and file with the Court, under seal, grand jury materials by 5:00 p.m. on November 6, 2025. The government appealed that Order, claiming that the undersigned exceeded his designated authority, prematurely disposed of Defendant's pending Motion for Disclosure of Grand Jury Proceedings (ECF 106), and failed to make the "required findings that particularized and factually-based grounds exist and that the defendant's need for disclosure outweighs the public interest in grand jury secrecy." ECF 164 at 3.

On November 7, 2025, United States District Judge Michael S. Nachmanoff issued an Order confirming that the matter of disclosure of the grand jury materials falls within the scope of the referral to the undersigned and remanding the issue to the undersigned for further proceedings to determine whether there are particularized and factually based grounds for disclosure. ECF 167.

Accordingly, it is hereby

ORDERED that a telephonic hearing on this issue shall be held on November 10, 2025, at 4:00 p.m.; and it is further

ORDERED that the Clerk of Court shall file the conference line information on the docket, which may be used by the public to access the hearing, no later than 11:00 a.m. on November 10, 2025; and it is further

ORDERED that any party wishing to submit additional briefing on this issue shall do so no later than 12:00 p.m. on November 10, 2025.

**ENTERED** this 7th day of November, 2025.

/s/ William E. Fitzpatrick
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE