IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Case No. 1:25CR272-MSN |
| ) | |
| **James B. Comey, Jr.** ) | |
| ) | |
| **Defendant.** ) | |

### JAMES B. COMEY, JR.'S MOTION TO EXCEED PAGE LIMIT

James B. Comey, by counsel, moves this Honorable Court for leave to exceed, by up to six pages, the 20-page limit set forth in Local Criminal Rule 47 for his forthcoming Reply in Support of his Motion to Dismiss the Indictment based on Vindictive and Selective Prosecution ("Reply").

Like the initial motion, the Reply discusses two substantial legal arguments in one brief: one argument that this prosecution is vindictive, in violation of due process and the First Amendment; and another that this prosecution is selective, in violation of equal protection. These issues require presentation of significant facts and analysis.

Counsel conferred with the government who takes no position on this motion.

A Proposed Order is attached.

WHEREFORE, Mr. Comey respectfully requests leave to file in excess of the page limit by up to six additional pages for his Reply.

Dated: November 10, 2025                    Respectfully submitted,

                                                JAMES B. COMEY, JR.
By Counsel

*/s/   Jessica Carmichael*
Jessica N. Carmichael (VA Bar No. 78339)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone:  (703) 684-7908
Facsimile:  (703) 649-6360
Email:  jessica@carmichaellegal.com

Patrick J. Fitzgerald (*pro hac vice*)
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone:  (312) 758-4454

Rebekah Donaleski (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 479-6000

Ephraim A. McDowell (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone:  (202) 842-7800

Michael R. Dreeben (*pro hac vice*)
600 New Jersey Ave. NW
Washington, DC 20001
Telephone:  (202) 695-2562

*Counsel for Defendant James B. Comey, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/  *Jessica N. Carmichael*
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*