IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | Case No. 1:25CR272-MSN |
| | ) | |
| **James B. Comey, Jr.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER ON JAMES B. COMEY, JR'S MOTION TO EXCEED PAGE LIMIT

Upon motion of James B. Comey, Jr., for the reasons stated in the motion, and for good cause shown, the motion to exceed the page limit for Mr. Comey's forthcoming Reply in Support of his Motion to Dismiss based on Vindictive and Selective Prosecution, is GRANTED.

Mr. Comey is granted up to 26 pages for this reply.

IT IS SO ORDERED.

_____                                                          _____
Date                                                                      Michael S. Nachmanoff
                                                                                 United States District Judge