EXHIBIT 1

## Federal Bureau of Investigation
## AFFIDAVIT
## Francis Nero

I, Francis Nero, Special Agent with the Federal Bureau of Investigation, was requested to provide a statement as to the review of evidence from a Cellebrite extraction of DANIEL RICHMAN's devices.

On or about September 12, 2025, while assigned to the Director's Advisory Team, I was requested by Special Agent Spenser Warren to review a Blu-ray disc that contained a full Cellebrite extraction and Reader reports of an iPhone and iPad backups. I was requested to review the Cellebrite extraction for conversations between RICHMAN and JAMES COMEY. SA Warren handed this agent a manilla envelope sealed with red evidence tape that contained the Blu-ray disc with the Cellebrite extraction.

Prior to reviewing the contents of the Blu-ray, the Director's Advisory Team consulted with the United States Attorney's Office for the Eastern District of Virginia who advised that the FBI was legally permitted to review the information contained on the Blu-ray disc.

I opened the envelope and placed the Blu-ray disc in an external CD reader. The Blu-ray disc contained both sub-files and the Cellebrite Report in PDF. I reviewed the contents of the disc for conversations between JAMES COMEY and RICHMAN. During the review, I discovered text messages between COMEY, MICHAEL GARCIA and MICHAEL SCHMIDT. At the time, this agent did not know the names GARCIA or SCHMIDT.

Since I did not know who these individuals were, or if the chats were relevant, this agent printed the chats so SA Warren could review. Due to the voluminous pages of the Cellebrite extraction, I only printed the relevant pages.

I handed the printed pages and the Blu-ray disc back to SA Warren for his review. Additionally, I did not participate in any Grand Jury preparation or drafting of search warrants as it relates to this information. Furthermore, I did not provide the contents of this information outside of SA Warren to those who participated in Grand Jury.

_____, Date  11/4/25

Francis Nero
Special Agent
Federal Bureau of Investigation