EXHIBIT 2

## Affidavit of FBI Special Agent Spenser Warren

On or about September 12, 2025, while assigned to the FBI Director's Advisory Team, SA Spenser Warren was advised by supervising agent that the case team had consulted with the U.S. Attorney's Office for the Eastern District of Virginia, and that Agents were authorized to access evidence items in Arctic Haze that were obtained via search warrant. SA Warren was asked to determine if pertinent emails or text message communications were contained on the evidence items that may be used in preparation for a Richman interview scheduled for the following week. SA Warren asked SA Francis Nero to review digital evidence, containing files from Daniel Richman's Apple iPad and iPhone.

A short time later, SA Warren was approached by SA Nero, who inquired about who "Michael Garcia" was. SA Nero indicated that some text message communications located were seemingly sent by "Michael Garcia." At the time, SA Warren was unaware of who "Michael Garcia" was or that Daniel Richman had used any alias identity. SA Nero provided SA Warren approximately 3-4 physical printouts of text message conversation threads, showing that "Michael Garcia" was in communication with individuals such as Michael Schmidt and James Comey.

As SA Warren reviewed the communications, SA Warren witnessed a text message thread between "Michael Garcia" and Michael Schmidt, and a separate text message thread between "Michael Garcia" and James Comey's phone number. Upon reviewing the content of these messages, SA Warren understood that "Michael Garcia" was Daniel Richman. SA Warren also recognized a potential reference to future legal representation contained within the Richman/Comey text message thread. None of the text messages were used or referred to in the Daniel Richman interview on September 16, 2025.

On the morning of September 25, 2025, the team was preparing for an indictment of James Comey, to occur later that afternoon. SA Warren provided case agent SA Miles Starr and an FBI Office of General Counsel (OGC) attorney a limited overview of the text message communications to and from "Michael Garcia" (now understood to be Daniel Richman). SA Warren advised SA Starr and the FBI OGC attorney that some of the messages appeared to reference potential future legal representation. The FBI OGC attorney immediately advised that any of the text message communications referencing potential future legal representation should not be part of the indictment preparation. SA Warren provided the indictment preparation team a two-page document containing limited text message content only from May 11, 2017, predating the reference to potential future legal representation.

On the afternoon of September 26, 2025, SA Warren received emailed instructions from the FBI OGC attorney to segregate potentially privileged communications and await further instructions from a filter AUSA. SA Warren confirmed his receipt of this email, made the case team aware of the FBI OGC attorney's instructions on SA Nero's printouts, and advised the team where the documents were quarantined on an adjacent desk.

SPENSER WARREN
Digitally signed by SPENSER WARREN
Date: 2025.11.04 18:28:24 -05'00'

FBI Special Agent Spenser Warren