IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JAMES B. COMEY JR.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE & SELECTIVE PROSECUTION**

Exhibit A

## Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 5/9/17 | *Reaction from members of Congress on FBI director's dismissal*, Office of Congressman Ted Lieu | Website post collecting statements of Members of Congress calling for inquiries into Mr. Comey's firing. | https://perma.cc/44GD-P9BG |
| 5/9/17 5:58 PM | Ron Wyden (@RonWyden), X | "Comey should be immediately called to testify in an open hearing about the status of Russia/Trump investigation at the time he was fired." | https://perma.cc/4G84-WEST |
| 5/10/17 7:17 AM | Donald J. Trump (@realDonaldTrump), X | "James Comey will be replaced by someone who will do a far better job, bringing back the spirit and prestige of the FBI." | https://perma.cc/VBC4-AREK |
| 5/12/17 8:26 AM | Donald J. Trump (@realDonaldTrump), X | "James Comey better hope that there are no 'tapes' of our conversations before he starts leaking to the press!" | https://perma.cc/EJR5-UUZ4 |
| 5/31/17 6:06 AM | *Fox & Friends*, Fox News | Video clips from Fox & Friends describing Carter Page's communications with Congress. | https://bit.ly/3JKLoEG |
| 5/31/17 6:37 AM | Donald J. Trump (@realDonaldTrump), X | "So now it is reported that the Democrats, who have excoriated Carter Page about Russia, don't want him to testify. He blows away their...." | https://perma.cc/2GNB-CZE7 |
| 5/31/17 6:45 AM | Donald J. Trump (@realDonaldTrump), X | "...case against him & now wants to clear his name by showing 'the false or misleading testimony by James Comey, John Brennan...' Witch Hunt!" | https://perma.cc/D2WA-LP4F |
| 6/9/17 6:10 AM | Donald J. Trump (@realDonaldTrump), X | "Despite so many false statements and lies, total and complete vindication...and WOW, Comey is a leaker!" | https://perma.cc/FWE4-M72M |
| 7/10/17 6:32 AM | Donald J. Trump (@realDonaldTrump), X | RT @foxandfriends: "Report accuses material James Comey leaked to a friend contained top secret information" | https://perma.cc/MNF7-J792; bit.ly/4nbQWWc |
| 7/10/17 6:40 AM | Donald J. Trump (@realDonaldTrump), X | "James Comey leaked CLASSIFIED INFORMATION to the media. That is so illegal!" | https://perma.cc/4H5Q-7GY5 |

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 7/22/17 7:44 AM | Donald J. Trump (@realDonaldTrump), X | "So many people are asking why isn't the A.G. or Special Council looking at the many Hillary Clinton or Comey crimes. 33,000 e-mails deleted?" | https://perma.cc/W2KA-EXLQ |
| 3/17/18 12:08 AM | Donald J. Trump (@realDonaldTrump), X | "Andrew McCabe FIRED, a great day for the hard working men and women of the FBI - A great day for Democracy. Sanctimonious James Comey was his boss and made McCabe look like a choirboy. He knew all about the lies and corruption going on at the highest levels of the FBI!" | https://perma.cc/T6A3-6NL4 |
| 3/17/18 1:43 PM | James Comey (@Comey), X | "Mr. President, the American people will hear my story very soon. And they can judge for themselves who is honorable and who is not." | https://perma.cc/ML4R-H5HX |
| 3/18/18 | *A Higher Loyalty: Truth, Lies, and Leadership*, Amazon via Internet Archives | Depicting Amazon's store page for *A Higher Loyalty*, which indicates "#1 Best Seller in Law Enforcement" | https://bit.ly/3JL0ZE4 |
| 3/18/18 | Erica Pandey, *Trump attacks FBI and Mueller investigation in morning tweets*, AXIOS | Axios news report including a "Fox & Friends segment that Trump saw" referring to Mr. McCabe's statements about his tenure as Deputy Director of the FBI. | https://perma.cc/4RZQ-3MJX; https://bit.ly/47AIgnW |
| 3/18/18 8:02 AM | Donald J. Trump (@realDonaldTrump), X | "Wow, watch Comey lie under oath to Senator G when asked 'have you ever been an anonymous source...or known someone else to be an anonymous source...?' He said strongly 'never, no.' He lied as shown clearly on @foxandfriends." | https://perma.cc/CMB3-XC6C |
| 4/12/18 | Michiko Kakutani, *James Comey Has a Story to Tell. It's Very Persuasive*, N.Y. Times (Apr. 12, 2018) | Book review describing *A Higher Loyalty* as "absorbing" and noting Mr. Comey's description of the President as "'unethical, and untethered to truth and institutional values.'" | https://perma.cc/WLG8-XCCD |

2

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 4/13/18 8:01 AM | Donald J. Trump (@realDonaldTrump), X | "James Comey is a proven LEAKER & LIAR. Virtually everyone in Washington thought he should be fired for the terrible job he did- until he was, in fact, fired. He leaked CLASSIFIED information, for which he should be prosecuted. He lied to Congress under OATH. He is a weak and....." | https://perma.cc/HUD2-BED2 |
| 4/13/18 8:17 AM | Donald J. Trump (@realDonaldTrump), X | "....untruthful slime ball who was, as time has proven, a terrible Director of the FBI. His handling of the Crooked Hillary Clinton case, and the events surrounding it, will go down as one of the worst 'botch jobs' of history. It was my great honor to fire James Comey!" | https://perma.cc/9FK9-Z432 |
| 4/13/18 3:36 PM | Donald J. Trump (@realDonaldTrump), X | "DOJ just issued the McCabe report - which is a total disaster. He LIED! LIED! LIED! McCabe was totally controlled by Comey - McCabe is Comey!! No collusion, all made up by this den of thieves and lowlifes!" | https://perma.cc/32B6-C9W2 |
| 4/15/18 7:42 AM | Donald J. Trump (@realDonaldTrump), X | "Unbelievably, James Comey states that Polls, where Crooked Hillary was leading, were a factor in the handling (stupidly) of the Clinton Email probe. In other words, he was making decisions based on the fact that he thought she was going to win, and he wanted a job. Slimeball!" | https://perma.cc/9NDV-JT98 |
| 4/15/18 9:07 AM | Donald J. Trump (@realDonaldTrump), X | "Slippery James Comey, a man who always ends up badly and out of whack (he is not smart!), will go down as the WORST FBI Director in history, by far!" | https://perma.cc/4NWC-G2WE |

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 4/15/18 10:36 PM | *Transcript: James Comey's interview with ABC News chief anchor George Stephanopoulos*, ABC News: World News Now | Transcript of interview with ABC News, reporting that Comey stated: "I think he's morally unfit to be president. A person who sees moral equivalence in Charlottesville, who talks about and treats women like they're pieces of meat, who lies constantly about matters big and small and insists the American people believe it, that person's not fit to be president of the United States, on moral grounds. . . . There's something more important than that that should unite all of us, and that is our president must embody respect and adhere to the values that are at the core of this country. The most important being truth. This president is not able to do that. He is morally unfit to be president. . . . People in this country need to stand up and go to the voting booth and vote their values." | https://perma.cc/6PZM-2ZEW |
| 4/16/18 8:25 AM | Donald J. Trump (@realDonaldTrump), X | "Comey drafted the Crooked Hillary exoneration long before he talked to her (lied in Congress to Senator G), then based his decisions on her poll numbers. Disgruntled, he, McCabe, and the others, committed many crimes!" | https://perma.cc/X6HG-6RWJ |
| 4/17/18 8:40 AM | Louis Nelson, *Comey calls Trump's criticism of Cohen FBI raid 'a total distortion of the way things work,'* Politico | News article reporting that Mr. Comey stated: "[I]t shows me he either doesn't know or doesn't care what the rule of law looks like. Nobody broke into anybody's office. It doesn't happen." The article also reported Comey's statement on the Pardon of Scooter Libby: "It's an attack on the rule of law. There's a reason President George W. Bush, for whom Scooter Libby worked, refused to pardon him after looking at all the facts in the case." | https://perma.cc/2N39-CQS5 |
| 4/20/18 6:34 AM | Donald J. Trump (@realDonaldTrump), X | "So General Michael Flynn's life can be totally destroyed while Shadey James Comey can Leak and Lie and make lots of money from a third rate book (that should never have been written). Is that really the way life in America is supposed to work? I don't think so!" | https://perma.cc/SP56-KQAA |

4

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 4/27/18 6:26 AM | Donald J. Trump (@realDonaldTrump), X | "Is everybody believing what is going on. James Comey can't define what a leak is. He illegally leaked CLASSIFIED INFORMATION but doesn't understand what he did or how serious it is. He lied all over the place to cover it up. He's either very sick or very dumb. Remember sailor!" | https://perma.cc/BR25-WP3A |
| 7/16/18 5:06 PM | James Comey (@Comey), X | "This was the day an American president stood on foreign soil next to a murderous lying thug and refused to back his own country. Patriots need to stand up and reject the behavior of this president." | https://perma.cc/9BRW-B5YJ |
| 7/16/18 10:07 PM | James Comey (@Comey), X | "Having sold out our nation on an international stage, Mr. Trump will now explain it all to Sean Hannity and Tucker Carlson? I'm guessing RT and Sputnick were unavailable. He owes it to our nation to sit down with a serious journalist." | https://perma.cc/7MF7-HHK8 |
| 7/23/18 6:08 PM | James Comey (@Comey), X | "Thought experiment: Make a list of all the public figures in this country and around the world the current president has criticized. Ask yourself: 'Why is Putin missing from the list?' No responsible American should ever stop asking, 'Why?'" | https://perma.cc/3AMB-HRA3 |
| 8/1/18 10:01 AM | Donald J. Trump (@realDonaldTrump), X | "Russian Collusion with the Trump Campaign, one of the most successful in history, is a TOTAL HOAX. The Democrats paid for the phony and discredited Dossier which was, along with Comey, McCabe, Strzok and his lover, the lovely Lisa Page, used to begin the Witch Hunt. Disgraceful!" | https://perma.cc/SW5C-KW96 |
| 8/11/18 5:49 AM | Donald J. Trump (@realDonaldTrump), X | ".....Will the FBI ever recover it's once stellar reputation, so badly damaged by Comey, McCabe, Peter S and his lover, the lovely Lisa Page, and other top officials now dismissed or fired? So many of the great men and women of the FBI have been hurt by these clowns and losers!" | https://perma.cc/EN6Y-FSYR |

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 8/15/18 8:51 PM | James Comey (@Comey), X | "Once again this president is sending a message that he will punish people who disagree with him and reward those who praise him. In a democracy, security clearances should not be used as pawns in a petty political game to distract voters from even bigger problems. This president befriends and praises despots and dictators like Putin and Kim Jong-un. Those friends provide stark contrast to the patriotic Americans and public servants he disrespects, threatens, and calls enemies: a war hero like John McCain, members of our country's free press, and devoted public servants like John Brennan. American voters must not shrug off or be distracted from the terrible behaviors of this president, who lies to the American people every day, encourages racism, is a misogynist, and always puts his own interests above those of the United States of America. Politicians enabling this president should be held accountable in future elections. We are each responsible for what we say as well as for our silence." | https://perma.cc/RQW7-VBNR |
| 8/19/18 7:30 AM | Donald J. Trump (@realDonaldTrump), X | "No Collusion and No Obstruction, except by Crooked Hillary and the Democrats. All of the resignations and corruption, yet heavily conflicted Bob Mueller refuses to even look in that direction. What about the Brennan, Comey, McCabe, Strzok lies to Congress, or Crooked's Emails!" | https://perma.cc/RNL3-HTYX |
| 9/11/18 9:16 PM | Donald J. Trump (@realDonaldTrump), X | "You know who's at fault for this more than anyone else, Comey, because he leaked information and laundered it through a professor at Columbia Law School. Shame on that professor, and shame on Comey. He snuck the information to a law professor who collaborated with him in........" | https://perma.cc/99LN-AA68 |
| 10/20/18 12:52 PM | James Comey (@Comey), X | "The United States should be a shining light for the world, modeling a democracy that values truth, respects free press, protects human rights, and stands against murderers, oppression, and bigotry. Trump and the Republican Party are dimming that light." | https://perma.cc/2U5U-TREF |

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 12/7/18 6:18 AM | Donald J. Trump (@realDonaldTrump), X | "Robert Mueller and Leakin' Lyin' James Comey are Best Friends, just one of many Mueller Conflicts of Interest. And bye the way, wasn't the woman in charge of prosecuting Jerome Corsi (who I do not know) in charge of 'legal' at the corrupt Clinton Foundation? A total Witch Hunt..." | https://perma.cc/GRU9-G4DD |
| 4/11/2020 | James B. Comey, *We know what good leadership in a crisis looks like. This isn't it*, Washington Post | Op-ed by Mr. Comey stating: "We know what good leadership in a crisis looks like. This isn't it. . . . Even without effective national leadership, we will get through this pandemic crisis." | https://bit.ly/4qYbvJ9 |
| 4/29/20 7:53 PM | Donald J. Trump (@realDonaldTrump), X | RT @dbongino: "The only person on the planet who thinks Comey is a decent human being is Comey. We now know what a corrupt piece of garbage he is. What he did to Flynn was absolutely grotesque. He's filth." | https://perma.cc/RX4B-VEEA |
| 5/25/20 9:07 PM | Donald J. Trump (@realDonaldTrump), X | RT @MarieLeff: @GreggJarrett "Also, the plot thickens. Will Comey spend years in jail & admit his illegal acts, or, like the weasel he is, say he was directed to spy on Trump by someone else? How loyal is Comey to Obama & Rice, who clearly just blamed #ObamaGate on him. He did nothing 'by the book.'" | https://perma.cc/ZF9G-DSAH |
| 8/25/20 | James B. Comey, *If Trump-style justice becomes the norm, nobody is safe*, Washington Post | Op-ed by Mr. Comey stating: "[I]f Trump-style justice becomes our tradition, nobody is safe. If lying is rewarded, if the Justice Department starts deciding who to prosecute based on politics, all Americans are at risk. . . . [W]e need a president who will reflect the core values of honesty and decency that are the lifeblood of our nation and its institutions." | https://perma.cc/KU44-VFSS |
| 9/10/20 8:51 AM | Donald J. Trump (@realDonaldTrump), X | "Comey is a disgraced lier & leaker. Two years wasted on the Russia Witch Hunt was in large part because of his failings as Director of the FBI. They refused to support the results of the 2016 Election. Part of the biggest political scandal we have ever seen." @SarahHuckabee | https://perma.cc/DL7J-65N2 |

7

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 5/22/24 10:54 AM | Lauren Sforza, *Comey says Trump is coming for DOJ, FBI: 'That's the danger for all Americans,'* The Hill | Interview recording Mr. Comey's statements that "Trump will be targeting both the FBI and the DOJ if elected," and that it's "[s]erious for the Justice Department and the FBI, because Trump is coming for those institutions. He knows their power, and I think he has regrets that he didn't work hard enough to corrupt them the last time. So, he's coming for them, and that's a danger for all Americans." | https://perma.cc/23G3-LLVT |
| 5/24/24 5:57 PM | Donald J. Trump, @realDonaldTrump, TruthSocial | "The Worst FBI Director in History, who I inherited from the Obama Administration, but fired almost immediately into ours, along with many other Corrupt Actors in the DOJ and FBI (The start of DRAIN THE SWAMP!), is going around LYING about the SCAM brought by Soros backed D.A. Alvin Bragg, and perpetuated by the Highly Conflicted, Democrat Appointed Judge, Juan Merchan. If you want to see the real story on Comey, read the Report put out by Inspector General Michael Horowitz, that gives you all the Horrors of Comey, in great detail. If Comey had any respect for our System of Justice, which is being DESTROYED before our eyes, he would be fighting against the Crooked Joe Biden inspired Witch Hunts, instead of spreading LIES!" | https://perma.cc/7J9D-PTMB |

**Appendix of Public Statements of Donald J. Trump, James B. Comey, Jr., and Members of Congress**

| Date/Time | Source | Statement | Link |
|---|---|---|---|
| 9/20/25 6:44 PM | Donald J. Trump, @realDonaldTrump, TruthSocial | "Pam: I have reviewed over 30 statements and posts saying that, essentially, 'same old story as last time, all talk, no action. Nothing is being done. What about Comey, Adam "Shifty" Schiff, Leticia??? They're all guilty as hell, but nothing is going to be done.' Then we almost put in a Democrat supported U.S. Attorney, in Virginia, with a really bad Republican past. A Woke RINO, who was never going to do his job. That's why two of the worst Dem Senators PUSHED him so hard. He even lied to the media and said he quit, and that we had no case. No, I fired him, and there is a GREAT CASE, and many lawyers, and legal pundits, say so. Lindsey Halligan is a really good lawyer, and likes you, a lot. We can't delay any longer, it's killing our reputation and credibility. They impeached me twice, and indicted me (5 times!), OVER NOTHING. JUSTICE MUST BE SERVED, NOW!!! President DJT" | https://perma.cc/A7RW-2TEC |