# UNITED STATES DISTRICT COURT
# TELEPHONIC HEARING MINUTES

Date: **11/10/2025**  Judge: Hon. William E. Fitzpatrick
Time: **4:00 – 4:08**  Reporter: Diane Salters
  Deputy Clerk: Dani Zirk

Case Number: **1:25-CR-272**

**UNITED STATES OF AMERICA**

vs.

**JAMES B. COMEY, JR.**   **X** Present   __ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Jessica Carmichael** | **Gabriel Diaz** |
| **Patrick Fitzgerald** | **Nathaniel Lemons** |
| **Rebekah Donaleski** | |

PROCEEDINGS:

This matter came on for a Status Conference. The Court requests that defense counsel submit *ex parte* any information with respect to the grand jury proceedings that may be helpful and to do so by 12:00 p.m. on November 11th. The Court requests that the Government produce, *in camera,* all materials relating to the grand jury including grand jury instructions, transcripts of witness testimony, any other communications with the grand jurors, and the exhibits produced as soon as possible.

Order to follow.