IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>       *Defendant*. | Criminal No. 1:25-cr-272-MSN-WEF |

## ORDER

This matter comes before the Court pursuant to United States District Judge Michael S. Nachmanoff's November 7, 2025, Order remanding the matter of disclosure of the grand jury materials to the undersigned for further proceedings to determine whether there are particularized and factually based grounds for disclosure. ECF 167.

On November 7, 2025, the undersigned ordered that a telephonic hearing on this issue be held on November 10, 2025, at 4:00 p.m., and directed that any party wishing to submit additional briefing do so no later than 12:00 p.m. on November 10, 2025. ECF 168. At the hearing, and in its responsive submission filed on November 10, 2025 (ECF 172), the Government requested that the Court review the grand jury testimony *in camera* to determine whether particularized and factually based grounds exist to support the Defendant's request for disclosure of grand jury materials.

Accordingly, it is hereby

ORDERED that the Government shall submit to the Court forthwith, for *in camera* review, all materials relating to the September 25, 2025 grand jury proceedings, including complete audio recordings and transcripts reflecting (i) all testimony presented to the grand jury and (ii) any

statements made by any prosecutor, law enforcement officer, or witness to the grand jury, or in the presence of the grand jury. These materials shall be filed on the docket under seal; and it is further

**ORDERED** that the Defendant may submit an *ex parte* filing to assist the Court in its review of the grand jury materials; and it is further

**ORDERED** that any such *ex parte* submission shall be submitted to the Court no later than 12:00 p.m. on November 11, 2025.

**ENTERED** this 10th day of November 2025.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE