IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JAMES B. COMEY, JR.'S MOTION TO ADVANCE MOTIONS HEARING

James B. Comey, Jr., by and through undersigned counsel, respectfully requests that the motions hearing currently scheduled for December 9, 2025 be advanced to either December 3, 4, or 5, 2025. The purpose of this request is to allow local counsel to attend. Local counsel will be in a jury trial in a different district December 8-17, 2025.

Counsel conferred with the government who does not object to this request.

A proposed Order is attached.


Dated: November 12, 2025

Respectfully submitted,

JAMES B. COMEY, JR.
By Counsel

*/s/   Jessica Carmichael*
Jessica N. Carmichael (VA Bar No. 78339)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone:  (703) 684-7908
Facsimile:  (703) 649-6360
Email:  jessica@carmichaellegal.com

Patrick J. Fitzgerald (*pro hac vice*)
(Mich. Bar No. P86579)

        P.O. Box 277
        New Buffalo, MI 49177
        Telephone:  (312) 758-4454

        Rebekah Donaleski (*pro hac vice*)
        COOLEY LLP
        55 Hudson Yards
        New York, NY 10001
        Telephone:  (212) 479-6000

        Ephraim A. McDowell (*pro hac vice*)
        Elias S. Kim (*pro hac vice*)
        COOLEY LLP
        1299 Pennsylvania Ave. NW, Suite 700
        Washington, DC 20004
        Telephone:  (202) 842-7800

        Michael R. Dreeben (*pro hac vice*)
        600 New Jersey Ave. NW
        Washington, DC 20001
        Telephone:  (202) 695-2562

        *Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ <u>Jessica N. Carmichael</u>
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*
