IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER GRANTING MOTION TO ADVANCE**

Upon motion of James B. Comey, Jr. to advance the December 9, 2025 motions hearing, without objection from the government, and for the reason stated in the motion, the motion is GRANTED.

The motions hearing currently scheduled for December 9, 2025 is hereby advanced to December ____, 2025 at _____.

IT IS SO ORDERED.

_____
Date

_____
Michael S. Nachmanoff
United States District Judge