# Never a dull moment

Daniel Charles Richman <​███████ia.e███>   10/28/16

to Jbc

Wittes and I are spending a lot of time saying your letter means exactly and only what it says. 'Cause we, you know, speak English

Daniel Richman
Paul J. Kellner Professor of Law
Columbia Law School
Office: ███████
Cell: ███████

Reinhold Niebuhr ███████il.c███>   10/28/16

to me

You are both right. And he nailed the position I found myself in. The team comes to me yesterday and says there are over 600,000 emails on Weiser's computer and they include 10 years of Huma Abeddin's emails, including emails with HRC and that metadata shows are from the "missing" blackberry domain used for the first months of Secretary Clinin's tenure at state. Appears Huma didn't know all her stuff was backing up to his computer. What am I gonna do? I gotta authorize the work and correct the record with congress. Imagine what I would have done to my institution if I didn't do both of those things. Not a hard call although I hate having to do it.

**GOV EX 1**

CONFIDENTIAL

RICHMAN_000077