IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

United States of America,         )
                             )
        v.                )       Case No.: 1:25-CR-272-MSN-WEF
                             )
James B. Comey, Jr.,         )
                             )
        Defendant.      )
_____)

## JAMES B. COMEY, JR.'S MOTION TO EXTEND MOTION DEADLINE

James B. Comey, Jr., by and through undersigned counsel, respectfully requests that the deadline to file any suppression motions and designate privilege materials currently scheduled for November 19, 2025 be extended one week, to November 26, 2025. The purpose of the request is to permit defense counsel time to review the relevant materials, which the defense did not have full access to until late last week.

The government produced to the defense the materials contemplated by the Court's November 5, 2025 order on November 6, 2025, but given the size and format of the materials they were not loaded and ready to be reviewed until early the week of November 10; due to various password-protected files that the government did not initially provide the password to, the defense did not gain full access to the materials produced by the government until late last week. The materials are voluminous and not all are in searchable format or able to be filtered by date. Given the significant volume of materials the defense must review on an expedited timeline, while also preparing motions and attending oral arguments in front of Judge Currie and Judge Nachmanoff, the defense needs additional time to prepare its suppression motion and make its privilege designations. It bears noting that counsel for Mr. Richman and Columbia University were given

multiple months to review these materials and make privilege designations, while Mr. Comey must do so in a matter of weeks.

Counsel conferred with the government who does not object to this request.

A proposed Order is attached.

Dated: November 17, 2025          Respectfully submitted,

JAMES B. COMEY, JR.
By Counsel

*/s/  Jessica Carmichael*
Jessica N. Carmichael (VA Bar No. 78339)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, First Floor
Alexandria, VA 22314
Telephone:  (703) 684-7908
Facsimile:  (703) 649-6360
Email:  jessica@carmichaellegal.com

Patrick J. Fitzgerald (*pro hac vice*)
(Mich. Bar No. P86579)
P.O. Box 277
New Buffalo, MI 49177
Telephone:  (312) 758-4454

Rebekah Donaleski (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone:  (212) 479-6000

Ephraim A. McDowell (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone:  (202) 842-7800

Michael R. Dreeben (*pro hac vice*)
600 New Jersey Ave. NW

Washington, DC 20001
Telephone:  (202) 695-2562

*Counsel for Defendant James B. Comey, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/   Jessica N. Carmichael*
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*