IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, | ) |
| v. | ) Case No.: 1:25-CR-272-MSN-WEF |
| James B. Comey, Jr., | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO EXTEND DEADLINE

Upon motion of James B. Comey, Jr., without objection from the government, for the reasons stated in the motion, the Motion to Extend the Motion Deadline for suppression motions and to designate privileged material is GRANTED.

Mr. Comey's suppression motions and privilege designations shall be due November 26, 2025.

ENTERED this 17th day of November, 2025.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE