IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant*. | Criminal No. 1:25-cr-272-MSN |

ORDER

This matter comes before the Court on Defendant's Motion to Advance Motions Hearing (ECF 182) and the Defendant's Consent Motion for Extension of CIPA Deadlines (ECF 118). In Defendant's Consent Motion for Extension of CIPA Deadlines, Defendant requested an extension of the deadline to file his Section 5 notice to a date two weeks after defense counsel Patrick Fitzgerald obtained his final security clearance. ECF 118 at 3. The Court granted Defendant's request before Mr. Fitzgerald received his final clearance. ECF 136. On November 18, 2025, the Court learned that Mr. Fitzgerald had received his final clearance. Accordingly, and for the reasons stated in open court, it is hereby

ORDERED that the Parties file a joint proposed Classified Information Procedures Act ("CIPA") briefing schedule by Friday, November 21, 2025, at 5:00 p.m.; and it is further

ORDERED that Defendant's Motion to Advance Motions Hearing (ECF 182) is DENIED.

**IT IS SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

November 19, 2025
Alexandria, Virginia