Judge: **Michael S. Nachmanoff**

Date: 11/19/2025  Reporter: Diane Salters
Time: 9:56 A.M. to 11:22 A.M.  Courtroom Deputy: Lynnelle Creek

**UNITED STATES of AMERICA**
Vs.

| **JAMES B. COMEY, JR.** | 1:25-CR-272 |
|---|---|
| Defendant's Name | Case Number |

| Michael Dreeben, Jessica Carmichael, Patrick Fitzgerald, Rebekah Donaleski, and Elias Kim | Nathaniel Lemons, Gabriel Diaz, and Lindsey Halligan |
|---|---|
| Counsel for Defendant | Counsel for Government |

Matter called for:
(✓) Motions           ( ) Setting Trial Date       ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment       ( ) Appeal from USMC         ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.              ( ) Pre-Indictment Plea    ( ) Other:

Defendant appeared:   (✓) in person           ( ) failed to appear
                      (✓) with Counsel        ( ) without counsel        ( ) through counsel

## PROCEEDING

1. Motion to Dismiss Indictment based on Vindictive and Selective Prosecution (dkt. 59)-**TAKEN UNDER ADVISEMENT.**

2. Motion to Advance Motions Hearing (dkt. 182)- **DENIED.**

   - Counsel Jessica Carmichael permitted to waive appearance at referenced motion hearing as articulated in open court.
   - Parties directed to confer with respect to CIPA items as articulated in open court.
   - Defendant continued on previous conditions.
   - Order to follow.