<span style="color:red">**GOVERNMENT EXHIBIT 1**</span>

| | |
|---|---|
| **From:** | ▮ |
| **To:** | Lemons, Tyler (USANCE); Diaz, Gabriel (USANCE); Halligan, Lindsey (USAVAE) |
| **Subject:** | Fw: Follow up |
| **Date:** | Monday, November 17, 2025 11:51:08 AM |

Please see below if you need any more of a detailed explanation.

**From:** ▮ DiversifiedReporting ▮
**Sent:** Monday, November 17, 2025 11:43:30 AM
**To:** ▮
**Subject:** [EXTERNAL] Follow up

Good morning ▮

With the high profile nature of these cases, we went back through the audio and transcript for the J.C. case again and can confirm that no audio was missed and no testimony was left out. There was one instance where the prosector had technical issues with ELMO and some of the jurors assisted and ▮ came in to assist as well. That is detailed out in the transcript. When the prosecutor was finished presenting her case, she and the court reporter left the room, as is standard procedure, to let the jury deliberate. It was about 2 hours of deliberations. Both the court reporter and the CSO remained in the Grand Jury area (outside the jury room but in the secure area where the breakroom and restrooms are) during the deliberation period. When the deliberations were finished and the jurors were released, the court reporter went back into the jury room, transferred the audio files and annotations to the envelope and brought the envelope to our offices. The length of the audio files match to the timestamps in the annotations and nothing was missed or otherwise left out of the transcript.

Let me know if there's anything else I can help out with.

Thank you,

▮

Director of Business Operations
Diversified Reporting Services, Inc.

This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, forwarding or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.  Thank you.