IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### JAMES B. COMEY, JR.'S MOTION TO SEAL

Pursuant to the Protective Order entered in this matter, ECF No. 40, James B. Comey, Jr. moves this Honorable Court to seal the redacted portions of Exhibit 2 to Mr. Comey's Reply in Support of his Motion for Bill of Particulars. The redacted portions of Exhibit 2 contain information that the government may argue is subject to the Protective Order and required to be filed under seal. *See* ECF No. 40.

The Court has the inherent power to seal materials submitted to it. *See Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975).

A proposed Order is attached for the consideration of the Court.

Dated: November 20, 2025				Respectfully submitted,

								JAMES B. COMEY, JR.
								By Counsel

								*/s/   Jessica Carmichael*
								Jessica N. Carmichael (VA Bar No. 78339)
								CARMICHAEL ELLIS & BROCK, PLLC
								108 N. Alfred Street, First Floor
								Alexandria, VA 22314
								Telephone:  (703) 684-7908
								Facsimile:  (703) 649-6360
								Email:  jessica@carmichaellegal.com

								Patrick J. Fitzgerald (*pro hac vice*)
								(Mich. Bar No. P86579)
								P.O. Box 277
								New Buffalo, MI 49177
								Telephone:  (312) 758-4454

								Rebekah Donaleski (*pro hac vice*)
								COOLEY LLP
								55 Hudson Yards
								New York, NY 10001
								Telephone:  (212) 479-6000

								Ephraim A. McDowell (*pro hac vice*)
								Elias S. Kim (*pro hac vice*)
								COOLEY LLP
								1299 Pennsylvania Ave. NW, Suite 700
								Washington, DC 20004
								Telephone:  (202) 842-7800

								Michael R. Dreeben (*pro hac vice*)
								600 New Jersey Ave. NW
								Washington, DC 20001
								Telephone:  (202) 695-2562

								*Counsel for Defendant James B. Comey, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of November, 2025, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/  Jessica N. Carmichael            </u>
Jessica N. Carmichael

*Counsel for Defendant James B. Comey, Jr.*