IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Case No.: 1:25-CR-00272-MSN |
| ) | |
| James B. Comey, Jr., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER ON SEALING**

The Court has reviewed and considered James B. Comey, Jr.'s Motion to Seal the redacted portions of Exhibit 2 to his Reply in Support of his Motion for Bill of Particulars. For the reasons stated therein, the Motion to Seal is GRANTED.

It is hereby ORDERED that the redacted portions of Exhibit 2 to Mr. Comey's Reply in Support of his Motion for Bill of Particulars shall be sealed and remain under seal permanently absent further Order of this Court.

_____   _____
Date          Michael S. Nachmanoff
              United States District Judge