**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES B. COMEY, JR.,**<br><br>***Defendant.*** | **Case No. 1:25-CR-272 (MSN)** |

## NOTICE OF WITHDRAWAL

The United States of America, by and through undersigned counsel, hereby notifies this Honorable Court of the undersigned counsel's imminent departure from the Department and withdrawal from this case and related matters.

Respectfully Submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/

Henry C. Whitaker
Counselor to the Attorney General
950 Pennsylvania Ave. NW
Room 5134
Washington, D.C. 20530
Phone: (202) 445-8942
Email: henry.whitaker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I filed the foregoing in person with the Clerk of the Court. From review of the docket and case file, undersigned counsel is unaware of prior counsel for the defendant with respect to the case.

/s/

Henry C. Whitaker
Counselor to the Attorney General
950 Pennsylvania Ave. NW
Room 5134
Washington, D.C. 20530
Phone: (202) 445-8942
Email: henry.whitaker@usdoj.gov